UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 24-cv-23417-ALTMAN

**EN MAY MARITIME, LLC**,

    *Plaintiff*,

v.

**PROIOS S.A.**,

    *Defendant*.

_____/

### ORDER

For the reasons stated on the record at our September 13, 2024, hearing, *see* Paperless Minute Entry of Hearing [ECF No. 10], we hereby **ORDER** and **ADJUDGE** as follows:

1. The Plaintiff's Motion for Reconsideration [ECF No. 6] is **GRANTED**.

2. Our Order Denying Issuance of Process of Maritime Attachment [ECF No. 5] is **VACATED**.

3. The Clerk of Court is directed to issue the summons and Process of Attachment and Garnishment in in the amount of up to $1,844,426.98 against all tangible or intangible property of any kind belonging to, claimed by, being held for or on behalf of the Defendant Proios by any garnishee within this District, including, Interaudi Bank.

4. The Plaintiff may use a private process server to serve the Process of Attachment and Garnishment. A copy of this Order shall be attached to and served with the Process of Maritime Attachment and Garnishment. Any writ served on a garnishee in accordance with this Order will be deemed effective and continuous throughout any given day on which it is served.

5. Any person claiming an interest in the property attached or garnished pursuant to this Order shall be entitled to a prompt hearing, at which the Plaintiff shall be required to **SHOW CAUSE** as to why the attachment or garnishment should not be vacated.

6. This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on September 16, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record