**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN ADMIRALTY**

**CASE NO. 24-cv-23417-ALTMAN**

**EN MAY MARITIME, LLC**,

    *Plaintiff*,

v.

**PROIOS S.A.**,

    *Defendant*.

_____/

## ORDER

The Plaintiff has filed a Motion to Reopen Case [ECF No. 14]. Being fully advised, we hereby **ORDER** and **ADJUDGE** as follows:

1. The Plaintiff's Motion to Reopen Case [ECF No. 14] is **GRANTED**. The Clerk shall **REOPEN** this action.

2. The Plaintiff may serve this Order and re-serve the Process of Maritime Attachment and Garnishment [ECF No. 12] daily via facsimile transmission or other verifiable electronic means, including e-mail, or by personal service to Interaudi Bank (the "Garnishee"), or by alternative means agreed to by the Garnishee.

3. Any person claiming an interest in the property attached or garnished pursuant to this Order upon application of the Court will be entitled to a prompt hearing at which the Plaintiff shall be required to **SHOW CAUSE** why the attachment or garnishment should not be vacated or other relief granted.

4. Any writ served on the Garnishee in accordance with this Order will be deemed effective and continuous through any given day on which it is served.

5. If any assets are attached, the Plaintiff shall file a Notice of Attachment **within five days** of receiving notice of the attachment. If no assets are attached **within 120 days** of this Order, then the Order for Maritime Attachment [ECF No. 11] shall expire, and this action will be dismissed without prejudice, unless the Plaintiff shows good cause for an extension prior to the expiration of the 120-day period.

**DONE AND ORDERED** in the Southern District of Florida on September 24, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record