UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
"IN ADMIRALTY"
Miami Division

| | |
|---|---|
| EN MAY MARITIME LLC,<br><br>                 Plaintiff,<br><br>- against -<br><br>PROIOS S.A.,<br><br>                 Defendant. | Case No. 24-cv-23417-RKA |

## NOTICE OF ATTACHMENT

COMES NOW, Plaintiff, EN MAY MARITIME LLC ("EN MAY"), pursuant to this Court's Order dated September 25, 2024 (Doc. No. 15), and provides notice to the Court that Interaudi Bank's Counsel advised Counsel for EN MAY on Wednesday, October 16, 2024, that funds were restrained pursuant to the Process of Maritime Attachment and Garnishment served in Florida.

Dated: October 21, 2024

Respectfully submitted,

/s Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

Allan R. Kelley
Fla. Bar No. 309893
Email: akelley@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/ Adam B. Cooke
                                                Adam B. Cooke