UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

Miami Division

EN MAY MARITIME LLC,

    Plaintiff,                                      Case No. 24-cv-23417-RKA

- against -

PROIOS S.A.,

    Defendant.

## DECLARATION OF JORGE PROIOS IN SUPPORT OF MOTION FO AXION MANAGEMENT SHIP LLC TO RELEASE FUNDS FROM ATTACHMENT

This declaration is submitted as part of Axion Management Ship LLC's restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

I, Jorge Proios, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am the member of Axion Management Ship LLC ("Axion"), a limited liability company organized and existing under the laws of Delaware.

2.    I make this declaration based upon my personal knowledge and in support of Axion's motion to release funds that were attached while in Axion's bank account at Interaudi Bank.

3.    Axion was established in 2013 and provides global maritime services to ship owners and managers. Among other things, Axion supplies marine general stores, including food and supplies needed on board vessels, as well as spare parts. Axion also represents shipyards located in the Asia-Pacific region, Europe, South America and South Africa for new building, conversions, and drydocking repairs of vessel. Axion also offers technical services, such as

1

supervision and coordinate of conversion and repairs of vessels, surveys and inspections, ultrasonic measurements approved by classification societies, preparation and evaluation of repair specifications, and structural assessments.

4. Axion opened and has maintained an account with the Miami Brach of Interaudi Bank bearing Account No. 643973-401-01 (the "Bank Account").

5. I understand that the funds in the Bank Account were attached on or about September 17, 2024. Exhibit A to this Declaration is a true copy of the Process of Maritime Attachment and Garnishment that Axion received.

6. Although funds in the amount of $2,280,889.92 relating to the contract for repairs to the vessel *En May* were sent to the Bank Account on or about March 1, 2024, there are no longer any funds in the Bank Account that belong to Proios S.A. or in which Proios S.A. has any interest or right. Additionally, Axion does not intend or expect to receive into the Bank Account any funds from any person in the future for which Proios, S.A. will have any interest or right.

7. The Bank Account is used by Axion for many transactions entirely unrelated to Proios S.A. and for which Axion has an interest and Proios S.A. does not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 1st of November 2024 in Buenos Aires, Argentina.

_____
Jorge Proios