Kenneth R. Florio
Goodkind & Florio, P.A.
12861 SW 68th Avenue
Pinecrest, Florida 33156
Tel: (786) 713-5017
Email: Kenneth@goodkindflorio.com
*Attorneys for Axion Management Ship LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

Miami Division

| | |
|---|---|
| EN MAY MARITIME LLC,<br><br>    Plaintiff,<br><br>- against -<br><br>PROIOS S.A.,<br><br>    Defendant. | Case No. 24-cv-23417-RKA |

**NOTICE OF MOTION OF AXION MANAGEMENT SHIP LLC TO
RELEASE FUNDS FROM ATTACHMENT AND VACATE ATTACHMENT ORDER**

Axion Management Ship LLC ("Axion"), by way of this restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure (hereinafter "Supplemental Rules"), by and through its attorneys, upon the accompanying memorandum of law, supporting Declaration of Jorge Proios and exhibits thereto, moves this Court before the Honorable Roy K. Altman, United States District Judge, for an order releasing all funds that have been attached from Axion's account by Interaudi Bank, vacating the Process of Maritime Attachment and Garnishment directed to Interaudi Bank [ECF 12], and vacating the Court's Order authorizing the issuance of Process of Attachment and Garnishment dated September 17, 2024 [ECF 11].

1

Axion requests a prompt hearing at which Plaintiff, En May Maritime LLC, shall be required to show why the arrest or attachment should not be vacated or other relief granted, pursuant to Supplemental Rule E(4)(f) and the Court's Order dated September 25, 2024 [ECF 15].

Axion requests all other, further, and different relief which it may be entitled.

Dated: November 4, 2024

                                            Respectfully submitted,

                                            /s/ Kenneth R. Florio
                                            Kenneth R. Florio, Esq.
                                            Florida Bar No. 86929
                                            Goodkind & Florio, P.A.
                                            12861 SW 68th Avenue
                                            Pinecrest, Florida 33156
                                            Email: kenneth@goodkindflorio.com
                                            *Attorneys for Axion Management Ship LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record listed below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ Kenneth R. Florio
Kenneth R. Florio, Esq.

**By CM/ECF:**

**Adam B. Cooke**
**Allan Richard Kelley**
Fowler White Burnett, P.A.
1395 Brickell Avenue
Brickell Arch, Fourteenth Floor
Miami, FL 33131
305-789-9200
Fax: 305-789-9201
Email: acooke@fowler-white.com
Email: akelley@fowler-white.com

**Robert Dewitt McIntosh**
McIntosh Schwartz, P.L.
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, FL 33335-9002
954-660-9888
Fax: 954-760-9531
Email: rmcintosh@fowler-white.com

**Yaakov U. Adler**
Freehill Hogan & Mahar LLP
80 Pine Street, 25th Floor
New York, NY 10005
(212) 425-1900
Email: adler@freehill.com
*PRO HAC VICE*