UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HON. ROY K. ALTMAN

ORDER SCHEDULING STATUS CONFERENCES

The cases listed below are **SET** for a status conference on **December 20, 2024, at 1:00 p.m.** **Absent good cause, counsel[1] for Miami Division cases must attend in person** at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue Courtroom 12-4, Miami, Florida 33128.[2] **Counsel for Broward Division cases may appear *either* in person *or* by Zoom**. For those attending by Zoom, the Meeting ID is 160 7688 8099. The Passcode is 183310.[3] Accordingly, we hereby **ORDER** as follows:

1. The Clerk of Court is directed to file this Order in **each** of the below cases.
2. The parties (unless *pro se*) are **not** personally required to appear.
3. If the parties settle before our hearing date, they shall promptly file a notice on the docket informing us of the settlement.
4. Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of this Order.**
5. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

---

[1] When we say "counsel" in this Order, we also mean *pro se* litigants. Each mention of "counsel" in this Order, therefore, applies with equal force to *pro se* litigants.

[2] What matters for purposes of this Order is where the case was *filed*, not where counsel lives (or works).

[3] The Court does not issue a Zoom link. Please access the Zoom meeting by going to Zoom.us (or opening a Zoom app), clicking "join a meeting," and entering the Meeting ID and Passcode.

6. The cases will be called according to the following schedule:

   a. 20-cv-60766 – *Pertierra v. MSC Cruises SA*

   b. 22-cv-61284 – *Strike 3 Holdings, LLC v. John Doe, et al.*

   c. 24-cv-20576 – *Branyon v. Carnival Corp.*

   d. 24-cv-22312 – *Prime Prop. Cas. Ins. Co. v. Team DGD Inc.*

   e. 24-cv-22551 – *Lambert v. Royal Caribbean Cruises Ltd.*

   f. 24-cv-22581 – *ACF-AI Origination, LLC v. Coppertino, LLC*

   g. 24-cv-22688 – *Cole v. City of Miami Gardens*

   h. 24-cv-22725 – *Lakhani v. 928 71st Street Holdings, LLC*

   i. 24-cv-23203 – *Hall v. Carnival Corp.*

   j. 24-cv-23406 – *Walker v. Carnival Corp.*

   k. 24-cv-23417 – *En May Maritime LLC v. Prios S.A.*

**DONE AND ORDERED** in the Southern District of Florida on December 2, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record