UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
"IN ADMIRALTY"
Miami Division

| | |
|---|---|
| EN MAY MARITIME LLC, <br><br> Plaintiff, <br><br> - against - <br><br> PROIOS S.A., <br><br> Defendant. | Case No. 24-cv-23417-RKA |

**PLAINTIFF EN MAY MARITIME LLC'S UNOPPOSED MOTION FOR CO-COUNSEL TO APPEAR VIA ZOOM OR TELEPHONICALLY AT THE DECEMBER 20, 2024 STATUS CONFERENCE**

Plaintiff, EN MAY MARITIME LLC ("EN MAY"), by and through undersigned counsel, pursuant to Local Rule 7.1, hereby moves this Court for the entry of an Order allowing Plaintiff's Co-Counsel, Yaakov U. Adler of the law firm of Freehill Hogan & Mahar to appear via Zoom at the upcoming Status conference, and in support of this motion states as follows:

1. On December 2, 2024, the Court entered its Order Scheduling Status Conferences. [DE 94].

2. The status conference of this matter is scheduled for Friday, December 20, 2024 at 1:00 p.m.

3. The Order Setting Status Conference requires that the status conference must take place in person.

4. Allan Kelly, Esq. will appear in person on behalf of EN MAY.

5. However, Plaintiff has co-counsel from New York, Yaakov U. Adler, Esq. who also wishes to appear.

Case No. 24-cv-23417-RKA

6.       The undersigned counsel respectfully requests this Court to allow Plaintiff's co-counsel, Yaakov U. Adler to appear via Zoom or telephonically for this status conference as he resides in New York.

7.       Undersigned Counsel certifies that he has conferred with opposing counsel and that they have no objection regarding same.

WHEREFORE, Plaintiff EN MAY MARITIME LLC respectfully requests that this Honorable Court enter an Order allowing Plaintiff' co-counsel to appear at the status conference scheduled on December 20, 2024, via Zoom and any such other relief as the Court deems just and proper.

Dated: December 18, 2024

Respectfully submitted,

/s Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

Allan R. Kelley
Fla. Bar No. 309893
Email: akelley@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

Case No. 24-cv-23417-RKA

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Adam B. Cooke
Adam B. Cooke
