UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 24-cv-23417-ALTMAN

EN MAY MARITIME, LLC,

    *Plaintiff*,

v.

PROIOS S.A.,

    *Defendant*.
_____/

## ORDER

For the reasons stated on the record at the hearing on December 20, 2024, we **DENY** Axion Management Ship LLC's Motion to Release Funds from Attachment and Vacate Attachment Order (the "Motion") [ECF No. 18].

**DONE AND ORDERED** in the Southern District of Florida on December 23, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record