UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA

"IN ADMIRALTY"

Miami Division

| | |
|---|---|
| EN MAY MARITIME LLC, | |
| Plaintiff, | Case No. 24-cv-23417-RKA |
| - against - | |
| PROIOS S.A., | |
| Defendant. | |

### AXION MANAGEMENT SHIP LLC'S
### OBJECTIONS TO PLAINTIFF'S INTERROGATORIES

Axion Management Ship LLC ("Axion"), pursuant to Federal Rule of Civil Procedure 33 and the Local Rules of this Court, hereby objects to Plaintiff En May Maritime LLC's ("Plaintiff") Interrogatories, served on January 24, 2025 (the "Interrogatories"), as follows:

### OBJECTION TO ALL INTERROGATORIES

Axion is a Supplemental Rule B garnishee. Axion is not a defendant/party in this action. Axion objects to each of the Interrogatories (Interrogatories 1 through 16) as exceeding the scope of Supplemental Rule B, which under Rule B(3)(a) requires a garnishee only to serve an answer, together with answers to any interrogatories served with the complaint, within 21 days after service of the writ.[1] No interrogatories were served with the complaint and no discovery was served within 21 days after service of the writ. The Interrogatories are overreaching, impermissible fact discovery beyond that limited requirement and (i) there is no order from this

---

[1] Supp. R. Civ. P. B(3)(a) provides: "The garnishee shall serve an answer, together with answers to any interrogatories served with the complaint, within 21 days after service of the writ. Interrogatories to the garnishee may be served with the complaint without leave of court. If the garnishee refuses or neglects to answer on oath as to the debts, credits, or effects of the defendant in the garnishee's hands, or any interrogatories concerning such debts, credits, and effects that may be propounded by the plaintiff, the court may award compulsory process against the garnishee. If the garnishee admits any debts, credits, or effects, they shall be held in the garnishee's hands or paid into the registry of the court, and shall be held in either case subject to the further order of the court." This limits a garnishee's discovery obligation to the initial writ response, not subsequent fact-intensive inquiries, as affirmed in *Williamson v. Recovery Ltd. P'ship*, 542 F.3d 43, 52 (2d Cir. 2008) (quoting *Aqua Stoli Shipping Ltd. v. Gardner Smith Pty Ltd.*, 460 F.3d 434, 447 (2d Cir. 2006)).*P'ship*, 542 F.3d 43, 52 (2d Cir. 2008) ("a fact intensive 'inquiry is improper because Rule B specifies the sum total of what must be shown for a valid maritime attachment'").

1

Court authorizing such open discovery, (ii) Plaintiff did not request the Court authorize such open discovery and (ii) Axion objects to any such open discovery.

Dated: February 24, 2025

Respectfully submitted,

/s/ Kenneth R. Florio
Kenneth R. Florio, Esq.
Florida Bar No. 86929
Goodkind & Florio, P.A.
12861 SW 68th Avenue
Pinecrest, Florida 33156
Tel: 786-713-5017
Email: kenneth@goodkindflorio.com
*Attorneys for Axion Management Ship LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record listed below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ Kenneth R. Florio
Kenneth R. Florio, Esq.

**By CM/ECF:**

**Adam B. Cooke**
**Allan Richard**
**Kelley**
Fowler White Burnett, P.A.
1395 Brickell Avenue
Brickell Arch, Fourteenth
Floor Miami, FL 33131
305-789-9200
Fax: 305-789-9201
Email: acooke@fowler-white.com
Email: akelley@fowler-white.com

**Robert Dewitt**
**McIntosh** McIntosh
Schwartz, P.L. 888 SE
3rd Avenue
Suite 500
Fort Lauderdale, FL 33335-
9002 954-660-9888
Fax: 954-760-9531
Email: rmcintosh@fowler-white.com

**Yaakov U. Adler**
Freehill Hogan & Mahar
LLP 80 Pine Street, 25th
Floor New York, NY
10005
(212) 425-1900
Email: adler@freehill.com
*PRO HAC VICE*