Docusign Envelope ID: 102EA464-CD76-4974-8689-974E8F8EAFAD



# ACCOUNT OPENING FORM
## BUSINESS ACCOUNT

**Business Name (Account Name)**
Axion Ship Management LLC

Account Number (Bank use only)

| 7 | 5 | 0 | 0 | 1 | 5 |

## AUTHORIZED SIGNATORIES

**Authorized Signatories.** *Enter full name of each signer. Signatories will be required to complete a Signature Card Form.*

Signatory 1: Jorge Proios
Signatory 2: Eva Proios
Signatory 3: _____
Signatory 4: _____
Signatory 5: _____
Signatory 6: _____
Signatory 7: _____
Signatory 8: _____

**Signing Authority.** *Signatories and their signing authorities must also coincide with Resolutions of Authority Form.*

[X] All Sign Singly (Unlimited Amounts)   [ ] Special Signing Conditions (Please specify below)

_____
_____

## TAX INFORMATION

| Domicile | Place of Formation | Date of Formation | Doing Business As (DBA)/Assumed Name/Trade Name (If Applicable) |
|---|---|---|---|
| [ ] Domestic (US)  [X] Foreign | Belize | 10/07/2024 | |

Is the business opening an account a disregarded entity?   [X] No   [ ] Yes
If Yes, enter name of entity/individual the business is taxed through and provide separate Form W-8 or W-9: _____

**DOMESTIC BUSINESSES ONLY:** Check appropriate box for federal Tax Classification.

[ ] C Corporation   [ ] S Corporation   [ ] Partnership   [ ] Trust/Estate   [ ] Sole Proprietorship

[ ] Single-Member LLC
  A [ ] Taxed to entity/individual (SMLLC is a disregarded entity)
  B [ ] Taxed to SMLLC.  Enter LLC Tax Classification: _____ (C= C Corporation, S= S Corporation, P=Partnership)

[ ] Limited Liability Company. Enter LLC Tax Classification: _____ (C= C Corporation, S= S Corporation, P=Partnership)

**Employer Identification Number (EIN)** _____

## ADDRESS & CORRESPONDENCE

**Physical Office/Operating Address**
*If entity does not have an office, provide address where business is being conducted. This may be the home address of a control person or beneficial owner for certain entities (e.g., holding companies or sole-proprietorships).*

Guillermo Rawson 2962
Street Address, Suite or Apartment.
Buenos Aires 1636 Argentina
City or town, state or province. Enter postal code where appropriate.   Country

**Registered Address for Tax Purposes in Place of Incorporation**
*Enter only if different than Physical Office/Operating Address.*

3 1/2 miles Philip S.W. Goldson Highway
Street Address, Suite or Apartment.
Belize City, Belize
City or town, state or province. Enter postal code where appropriate.   Country

**Mailing (Postal) Address**

[X] Physical Address   [ ] Registered Address   [ ] Other (enter address below)

_____
Street Address, Suite or Apartment.
_____
City or town, state or province. Enter postal code where appropriate.   Country

**Statement Delivery**

[X] Enroll this account in Paperless Statements 🌱

[ ] Do NOT enroll in Paperless Statements. Paper statements will be mailed to the Mailing (Postal) Address.

April 6, 2022  |  Interaudi Bank  |  19 East 54th Street, New York, NY 10022  |  Tel: 212 833 1000  |  Fax: 212 833 1033  |  www.interaudibank.com  |  Member FDIC

INTERAUDI_000001

Docusign Envelope ID: 102EA464-CD76-4974-8689-974E8F8EAFAD

## ANTICIPATED ACCOUNT ACTIVITY & NATURE OF BUSINESS

**Business Financials**

| Total Assets: | Net Worth: | Gross Annual Income: | Projected Annual Income: |
|---|---|---|---|
| ☐ Less than $1 million | ☐ Less than $1 million | ☐ Less than $500,000 | ☐ Less than $500,000 |
| ☒ $1million - $5 million | ☒ $1 million - $5 million | ☒ $500,000 - $3 million | ☒ $500,000 - $3 million |
| ☐ $5 million - $25 million | ☐ $5 million - $25 million | ☐ $3 million - $10 million | ☐ $3 million - $10 million |
| ☐ More than $25 million | ☐ More than $25 million | ☐ More than $10 million | ☐ More than $10 million |

**Nature of Business:** Please provide details on the industry, type of business, and its operations. Please be specific.

Maritime Services
_____

**Anticipated Account Activity:** How will this account be used? What type of business account activity can we expect? Please be specific.

Daily
_____

**Anticipated Account Size**

☐ $2,500 - $100,000     ☐ $100,000 - $500,000     ☒ $500,0000 - $1 million     ☐ $1million - $5 million     ☐ $5 million +

**Anticipated Monthly Activities**

| Number of Monthly Transactions: | Total Value of Credits Monthly: | Total Value of Debits Monthly: |
|---|---|---|
| ☒ Up to 5 | ☐ Up to $10,000 | ☐ Up to $10,000 |
| ☐ More than 5, less than 50 | ☒ More than $10,000, less than $100,000 | ☒ More than $10,000, less than $100,000 |
| ☐ More than 50 | ☐ More than $100,000 | ☐ More than $100,000 |

**Cash Transactions**

*A cash intensive business is one that receives significant revenue in cash &/or pays for wages or services in cash. Generally, a cash intensive business will be making routine cash deposits and/or cash withdrawals.*

Is this business cash intensive?     ☒ No     ☐ Yes

<u>If Yes, please complete questionnaire below:</u>

What is the estimated average amount of each cash transaction?

☐ Less than $1,000     ☐ Between $1,000 - $10,000     ☐ $10,000 or more

Describe source of cash and reason for cash deposits and/or withdrawals as it relates to the business and industry. Please be specific.
_____
_____

**Cross-Border Transfers**

Do you anticipate incoming/outgoing cross-border transfers?     ☒ No     ☐ Yes

<u>If Yes, please complete below:</u>

**Incoming Cross-Border Transfers:**
Please list the countries from which you anticipate receiving transfers. Please also explain the reason or relationship with the originators in each country and the approximate USD equivalent of each transfer. *For example: If your business exports to China, you would indicate below Originating Country: China, we are a supplier of goods to many companies in China (shoes and clothing), invoices are estimated to be usually around $100,000.*

| Originating Country | Business' Relationship to Originators in Country/Reasons for Transfers | Approximate Transfer Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Outgoing Cross-Border Transfers:**
Please list the countries to which you anticipate sending transfers. Please also explain the reason or relationship with the beneficiaries in each country and the approximate USD equivalent of each transfer. *For example: If a majority of your business' shareholders are in France and you anticipate sending routine wires, you would indicate below Originating Country: France, French shareholders/paying dividends, dividend payments vary $20,000-$80,000.*

| Receiving Country | Business' Relationship to Beneficiaries in Country/Reasons for Transfers | Approximate Transfer Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

April 6, 2022 | Interaudi Bank | 19 East 54th Street, New York, NY 10022 | Tel: 212 833 1000 | Fax: 212 833 1033 | www.interaudibank.com | Member FDIC

INTERAUDI_000002

Docusign Envelope ID: 102EA464-CD76-4974-8689-974E8F8EAFAD

## CARDS & PRODUCTS

If you are interested in any of the below products or cards offered to our commercial clients, please select below and your Relationship Manager will provide you with any additional forms as necessary. *Additional charges may apply.*

☐ **Remote Deposit Capture**. Enables electronic check deposit from your place of business. Available to US entities only.

☐ **Merchant Services.** Enables payment processing of debit and credit cards. Available to US entities only.

☐ **Cash Services.** Armored Car Cash Pick- Up and Delivery to one of our branches. Available to US entities only.

☒ **Interaudi Mastercard® Debit Card**

☒ **Interaudi Visa® Corporate Credit Card**

## CHECKBOOK ORDER

**Check Style:**
☐ Regular (80/order)    ☐ Executive (long, 50/order)    ☐ Three to a Page Executive (w/ stub, 250/order)
☐ Computer Checks: Software: _____    Printer Feed Orientation: _____

| **Business/Office Address on Check:** | **Quantity:** | | | **Check Color:** | | | |
|---|---|---|---|---|---|---|---|
| ☐ Yes   ☐ No Address on Checks | ☐ 1 order | ☐ 2 orders | ☐ 3 orders | ☐ Blue | ☐ Yellow | ☐ Green | ☐ Tan |
| **Check Copies:** | **Other:** | | | | | | |
| ☐ Single   ☐ Duplicate (Carbon Copy) | ☐ Deposit Slips    ☐ Endorsement Stamp    ☐ Value Pack (Checkbook, Deposit Slips, & Stamp) | | | | | | |

**Mail To:**
☐ NY Branch    ☐ Miami Branch    ☐ Mailing Address    ☐ Other: _____

---

**CERTIFICATION OF FORM W-9:** For U.S. residents only.

Under penalties of perjury, I/we certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person.
4. The FATCA code entered on this form (if any) indicating that the payee is exempt from FATCA reporting is correct.

Definition of a U.S. person: For federal tax purposes, you are considered a U.S. person if you are: An individual who is a U.S. citizen or U.S. resident alien, A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, An estate (other than a foreign estate), or A domestic trust (as defined in Regulations section 301.7701-7)

**Certification instructions**: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

---

**DECLARATION OF OWNERSHIP**

The signatories hereby declare that the beneficial owners of the entity and account with Interaudi Bank (the Bank) is as described above or as disclosed to the Bank. The undersigned undertakes to inform the Bank immediately of any changes in the beneficial ownership of this entity and/or this account.

**ACCOUNT OPENING**

I/We, the undersigned, request Interaudi Bank ("Bank") to open an account to be governed by the Non-Personal Account Agreement & General Terms and Conditions provided herewith and made a part hereof, which I/We have READ and by which I/We AGREE to be bound. I/We shall maintain this account in compliance with Federal and State Laws and the Bank's publications regarding same, as amended by the Bank from time to time, which are made available at the Bank. I/We have received all relevant disclosures.

Statements, notices, checks, and any other communications from the Bank may be mailed to me/us by first-class regular mail to the address stated on this form, via email if enrolled in Online Banking Services, or such other address as I/we designate at any time hereafter by contacting the Bank.

In the event of any dispute or legal proceeding regarding this account, including but not limited to the collection of overdraft payments made by the Bank or on my/our behalf, I/we agree to reimburse the Bank for all reasonable costs and attorney's fees.

Transactions restricted by the Unlawful Internet Gambling Enforcement Act of 2006 (UIGEA) are prohibited from being processed through this commercial account. In accordance with UIGEA and Regulation GG, I/we certify that this account will not be used for Internet gambling of any kind,

April 6, 2022| Interaudi Bank | 19 East 54th Street, New York, NY 10022 | Tel: 212 833 1000 | Fax: 212 833 1033 | www.interaudibank.com | Member FDIC

INTERAUDI_000003

Docusign Envelope ID: 102EA464-CD76-4974-8689-974E8F8EAFAD

even if it is believed to be lawful.  I/We agree to notify Interaudi Bank if the account is ever used in such manner and to hold Interaudi Bank harmless from any actions that may arise from illegal use of the account or services. I/We certify that all information provided on this form is true and correct, including the above IRS Form W-9 certification.

If I/we have opted to enroll in Online Banking, my/our signature(s) below confirms that I/we have READ and AGREE to all Online Banking provisions stated in the "Account Agreement & General Terms and Conditions" and the E-Sign Consent to Use Electronic Signatures and Records.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

1. _____    _____    _____
           Signature                              Eva Proios                     11/6/2024 | 2:57 PM EST
                                        Name of Account Holder/Authorized Signatory        Date

2. _____    _____    _____
           Signature                             Jorge Proios                    11/7/2024 | 3:13 PM EST
                                        Name of Account Holder/Authorized Signatory        Date

3. _____    _____    _____
           Signature                 Name of Account Holder/Authorized Signatory        Date

4. _____    _____    _____
           Signature                 Name of Account Holder/Authorized Signatory        Date

5. _____    _____    _____
           Signature                 Name of Account Holder/Authorized Signatory        Date

6. _____    _____    _____
           Signature                 Name of Account Holder/Authorized Signatory        Date

7. _____    _____    _____
           Signature                 Name of Account Holder/Authorized Signatory        Date

8. _____    _____    _____
           Signature                 Name of Account Holder/Authorized Signatory        Date

April 6, 2022 | Interaudi Bank | 19 East 54th Street, New York, NY 10022 | Tel: 212 833 1000 | Fax: 212 833 1033 | www.interaudibank.com | Member FDIC

INTERAUDI_000004

# DocuSign

**Certificate Of Completion**

Envelope Id: 102EA464CD7649748689974E8F8EAFAD
Subject: Please DocuSign: Business Account Opening - Axion
Source Envelope:
Document Pages: 76
Certificate Pages: 5
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Signatures: 11
Initials: 7

Status: Completed

Envelope Originator:
Michael Audi
19 E 54th St
New York, NY  10022
maudi@interaudibank.com
IP Address: 160.72.39.193

**Record Tracking**

Status: Original
       11/6/2024 | 01:32 PM

Holder: Michael Audi
        maudi@interaudibank.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Eva Proios<br>eva@proios.com<br>Security Level: Email, Account Authentication (None) | Firmado por:<br>[signature]<br>E3E1DA99EF174DE...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 190.210.127.84 | Sent: 11/6/2024 \| 01:37 PM<br>Viewed: 11/6/2024 \| 01:59 PM<br>Signed: 11/6/2024 \| 02:57 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 11/6/2024 \| 01:59 PM<br>    ID: c9eff84d-20c5-4c1e-bdff-f9c48dbf3c85 | | |
| Jorge Proios<br>jorge@proios.com<br>Security Level: Email, Account Authentication (None) | Signed by:<br>[signature]<br>D8CBBB8980CD4A1...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 186.139.226.139<br>Signed using mobile | Sent: 11/6/2024 \| 02:57 PM<br>Viewed: 11/7/2024 \| 03:12 PM<br>Signed: 11/7/2024 \| 03:13 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 11/7/2024 \| 03:12 PM<br>    ID: b5527aed-d276-4874-be0f-b03b9c04bb6b | | |
| Michael Audi<br>maudi@interaudibank.com<br>Interaudi Bank<br>Security Level: Email, Account Authentication (None) | DS<br>MA<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 144.121.119.130 | Sent: 11/7/2024 \| 03:14 PM<br>Viewed: 11/7/2024 \| 10:30 PM<br>Signed: 11/12/2024 \| 10:56 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/6/2024 \| 01:37 PM |
| Certified Delivered | Security Checked | 11/7/2024 \| 10:30 PM |
| Signing Complete | Security Checked | 11/12/2024 \| 10:56 AM |
| Completed | Security Checked | 11/12/2024 \| 10:56 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 3/10/2016 | 02:59 PM
Parties agreed to: Eva Proios, Jorge Proios

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Interaudi Bank (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

INTERAUDI_000007

**How to contact Interaudi Bank:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: mduke@interaudibank.com

**To advise Interaudi Bank of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at mduke@interaudibank.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.
**To request paper copies from Interaudi Bank**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to mduke@interaudibank.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with Interaudi Bank**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:
> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to mduke@interaudibank.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

\*\* These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Interaudi Bank as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Interaudi Bank during the course of my relationship with you.

INTERAUDI_000009

## Axion Ship Management Llc (Bz) 1.624k USD iON

### Summary

**P Number:** PS0010695711

**Transfer Summary**
USD 1,624.00
Purpose (Client): A19210
Purpose (Mktg): materials
FEE:$15.00

**Originator Account Summary**
Axion Ship Management Llc (Bz)
750015-401-001-002-01 (USD Checking)
 Balance: USD 40,776.03
SF Live Balance: USD 14,127.03
Belize;Argentina;

**Originator Bank Summary**
Interaudi Bank

**Salesforce Id:** a37Vm000003tEQPIA2

**Beneficiary Account Summary**
PERENNE S.A.
Acct # ▮▮▮▮▮▮  *Redacting banking details.*
Piedras 530
Montevideo 11000
Uruguay

**Beneficiary Bank Summary**
Banco Santander SA
Montevideo, Uruguay
SWIFT: ▮▮▮▮▮▮

### Compliance Screening

| | | | |
|---|---|---|---|
| **Screening Status Code** | 1000000000 | **Screening Status Description** | No matches found |
| **DT Sent for Sanctions Screening** | 2025-01-17 20:30:45 | **DT Cleared** | 2025-01-17 21:04:17 |
| **DT Sanctions Screening Completed** | 2025-01-17 21:03:59 | **DT Rejected** | |

### OCEAN Screening

| | | | |
|---|---|---|---|
| **OCEANS Reference Number** | 0010695711 | **RFB** | |
| **CHARGEBNF** | 1.0 | **ORGACC** | 75001540100100201 |
| **RECEIVNAM** | Banco Santander SA | **ORG** | Axion Ship Management Llc (Bz) |
| **SENDERNAM** | Axion Ship Managem | **IBK** | |
| **ORG1** | 3 1/2 Miles Philip S.W. Goldson Hi | **IBK1** | |
| **ORG2** | ghway Belize City BZ | **IBK2** | |
| **ORG3** | | **IBK3** | |

### Bankmate Tags

| | | | |
|---|---|---|---|
| **BMTAG 20 (SWIFT)** | PS0010695711 | **BMTAG 3320 (FED)** | |

INTERAUDI_000010

| | | | |
|---|---|---|---|
| **BMTAG 57n (SWIFT)** | Banco Santander SA 1365, Julio Herrera y Obes Montevideo UY | **BMTAG 3400 (FED)** | |
| **BMTAG 50 (SWIFT)** | 75001540100100201 Axion Ship Management Llc (Bz) 3 1/2 Miles Philip S.W. Goldson Highway Belize City BZ | **BMTAG 4000 (FED)** | |
| **BMTAG 59 (SWIFT)** | PERENNE S.A. Piedras 530 Montevideo, UY 11000 | **BMTAG 4100 (FED)** | Banco Santander SA 1365, Julio Herrera y Obes Montevideo UY |
| **BMTAG 70 (SWIFT)** | | **BMTAG 4200 (FED)** | PERENNE S.A. Piedras 530 Montevideo, UY 11000 |
| **BMTAG 72 (SWIFT)** | | **BMTAG 5000 (FED)** | 75001540100100201 Axion Ship Management Llc (Bz) 3 1/2 Miles Philip S.W. Goldson Highway Belize City BZ |
| **BMTAG 32A (SWIFT)** | 250117USD1624 | **BMTAG 6000 (FED)** | |
| **BMTAG Receiver (SWIFT)** | BSCHUYMMXXX | **BMTAG 6500 (FED)** | PERENNE S.A. A19210 |

## Approvals

| | Date/Time | | By |
|---|---|---|---|
| **Created** | 2025-01-17 20:06:08 | | |
| **Submitted** | 2025-01-17 20:07:29 | | Automated Services |
| **Confirmed** | | | |
| **Compliance Approval** | 2025-01-17 20:23:34 | | Sarali Borges |
| **Assistant Approval** | 2025-01-17 20:29:20 | | David Montoya |
| **1st Approval** | | | |
| **CS Officer Approval** | | | |
| **Manager Approval** | | | |
| **IRA Approval** | | | |
| **Products Approval** | | | |
| **FX Desk Approval** | | | |

| | | |
|---|---|---|
| **Moved to PnR** | 2025-01-17 21:04:17 | |
| **Reg E Pre-Payment Disclosure At** | | |
| **Reg E Receipt Sent At** | | |
| **Entered Reg E Queue** | | |
| **Removed From Reg E Queue** | | |
| **Payment Entered** | 2025-01-17 22:26:05 | Auto Batched |
| **Initial Verification** | 2025-01-17 21:04:17 | Automated Services |
| **Final Verification** | 2025-01-17 22:23:09 | John Beauchamp |
| **FX Cash Withdrawal Confirmed** | | |
| **Withdrawal Form Sent** | | |
| **Withdrawal Form Sent Non Client** | | |
| **Cancelled At** | | |

INTERAUDI_000012

# TRANSAMERICA SHIP SUPPLIERS

FRESH PROVISIONS / DECK AND ENGINE STORES / IMPORT EXPORT
SPECIALIST IN FRESH, FROZEN AND DRY PRODUCTS FOR CRUISESHIPS AND NAVY VESSELS, MARINE REPAIRS, HANDLING OF AIR AND SEA PARCELS IN TRANSIT FOR SHIPS

Montevideo, 26 de Noviembre, 2024

Messrs.
**PROIOS S.A.**
Carlos Pellegrini 651 piso 7
Buenos Aires
<u>ARGENTINA</u>

REF.: M/V "AS STINE" – Materiales entregados en Puerto de Montevideo el 26 de Noviembre, 2024.-

## ESTADO DE CUENTA

| PO Number | Invoice N/C | Date | Amount U$S |
|---|---|---|---|
| STORES | A19210 | 21/November/24 | 1.624,00 |
| | | TOTAL U$S | 1.624,00 |

<u>SON: DOLARES AMERICANOS UN MIL SEISCIENTOS VEINTICUATRO CON 00/100.-</u>




PERENNE S.A.
Main Office: Piedras 530 Montevideo 11000 - Uruguay
Phones: + 598 29157440*/ Fax: + 598 29155144
Email: tss@internet.com.uy / Web: www.transamerica.com.uy

INTERAUDI_000013