## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

**WHEREAS**, a Verified Complaint has been filed in the United States District Court for the Southern District of New York on the 5th day of September, 2024, styled as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EN MAY MARITIME LLC,<br><br>       Plaintiff,<br><br>  - against -<br><br>PROIOS S.A.,<br><br>       Defendant. | Civil Case No. 24-cv-6738 |

in an action to recover damages allegedly due and owing the said Plaintiff amounting to $1,844,426.98, and praying that a Writ of Attachment and Garnishment be issued against the Defendant pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and

**WHEREAS**, this Process is issued pursuant to such prayer and requires that a garnishee shall serve its Answer, together with answers to any Interrogatories served with the Verified Complaint, within 20 days after service of process upon it and requires that Defendants shall serve their Answer within 30 days after process has been executed, whether by attachment of property or service on the garnishees or arrest of property within the possession of the garnishees;

**NOW, THEREFORE**, we do hereby command you that if Defendants cannot be found within the District, you attach all tangible or intangible property, including all assets comprising, *inter alia*, cash, funds, escrow funds, credits, debts, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, cargo and/or vessels, or any other funds or property up to

616395.1~~616395.1~~

and including the amount of **$1,844,426.98** belonging to, claimed by, being held for or on behalf of, or which is being transferred for the benefit of the above named Defendant, including but not limited to such property situated in the bank account(s) at Interaudi bearing account numbers 643973-401-01 or 750015 by, on behalf of, or for the benefit of Defendant Proios (collectively hereinafter, "ASSETS") and within the possession of Interaudi Bank, together with any such ASSETS as may be held by any other garnishee(s) on whom a copy of this Order of Attachment may be served, and that you seize them and promptly after execution of this process, file the same in this Court with your return thereon.

   **WITNESS**, the Honorable _____, United States District Judge of said Court, this \_\_\_\_ day of September, 2024.

                Clerk

                By:_____
                  Deputy Clerk

NOTE:  This process is issued pursuant to Rule B(1) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.