UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

EN MAY MARITIME LLC,                    Case No. 24-cv-23417-RKA

    Plaintiff,

- against –

PROIOS S.A.,

    Defendant.

_____/

**STIPULATION CONCERNING FUNDS HELD PURSUANT TO THE
PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT (DKT. 11)**

En May Maritime LLC ("En May"), Proios S.A. ("Proios")[1] and Axion Management Ship LLC ("Axion")[2] agree and stipulate as follows:

1. Garnishee Interaudi Bank holds a total of One Million Six Hundred Forty-Four Thousand Four Hundred and Three United States Dollars and One Cent (USD 1,644,403.01) (the "Interaudi Amount") in its accounts pursuant to the Process of Maritime Attachment and Garnishment ("PMAG") (Dkt. 11).

2. En May, Proios and Axion agree that the Interaudi Amount is the property of Proios and is subject to the PMAG that the Clerk of this Court has issued and that En May served on Interaudi Bank. Axion withdraws its claim to the Interaudi Amount. The PMAG is issued for an

---

[1] Proios restricts its appearance pursuant to Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule") E(8) to defend against En May's admiralty and maritime claim with respect to which there has issued process *in rem*, or process of attachment and garnishment, and expressly restricts its appearance to the defense of such claim.

[2] Axion also continues to restrict its appearance pursuant to Supplemental Rule E(8).

- 1 -

623938.1

amount of One Million Eight Hundred Forty-Four Thousand Four Hundred Twenty-Six United States Dollars and Ninety-Eight Cents (USD 1,844,426.98) (the "Garnishment Amount").

3. En May and Proios agree to jointly move for the Court to order that Garnishee Interaudi Bank pursuant to Supplemental Rule B(3)(a) deposit the Interaudi Amount into the Registry of the Court, and that the Court further accept into the Registry deposit by or on behalf of Proios of Two Hundred Thousand Twenty-Three United States Dollars and Ninety Seven Cents (USD 200,023.97) (the "Proios Amount") with the total deposit of the Interaudi Amount and the Proios Amount equal to the Garnishment Amount, and that the Garnishment Amount be held in the Registry of the Court pursuant to the Supplemental Rules or further order of the Court.

4. Interaudi Bank and Proios shall cause to be deposited with the Registry of the Court their respective Interaudi Amounts, and Proios Amounts, on or before the first banking day on or before five (5) days after the Court orders that Interaudi and Proios may so deposit those amounts.

5. Following deposit of the Garnishment Amount into the Court's registry, En May agrees to withdraw its pending Motion for Order Directing the Clerk of Court to Issue an Amended Process of Maritime Attachment and Garnishment (Dkt. 32) without prejudice and to suspend further efforts to compel Axion responses to En May's discovery requests. After such deposit, En May, Proios and Axion agree to have Axion dismissed without prejudice from this action.

6. Upon the deposit of the Garnishment Amount into the Registry of the Court, En May and Proios agree to jointly move for the Court to stay this action pending the outcome of the London Arbitration between En May and Proios or further order of the Court.

Dated: March 19, 2025

**AGREED**:

623938.1

<div style="display: flex;">

/s Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com
Allan R. Kelley
Fla. Bar No. 309893
Email: akelley@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

Yaakov U. Adler
NY Bar No. 5297668
Email: adler@freehill.com
FREEHILL HOGAN & MAHAR LLP
80 Pine Street, 25th Floor
New York, NY 10005-1759
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
Admitted *Pro Hac Vice*

</div>

Counsel for En May

/s/ Kenneth R. Florio
Kenneth R. Florio, Esq.
Florida Bar No. 86929
Goodkind & Florio, P.A.
12861 SW 68th Avenue
Pinecrest, Florida 33156
Email: kenneth@goodkindflorio.com

Attorneys for Axion Management Ship LLC

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Phone: (305) 663-0177
Facsimile: (305) 663-0146

BY:   //S//Jonathan S. Cooper, Esq.
Jonathan S. Cooper, Esq.
Florida Bar Number: 99376
Email: jcooper@shiplawusa.com

BY:   //S// Robert W. Blanck, Esq.
Robert W. Blanck, Esq.
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com

/s/  J. Stephen Simms
J. Stephen Simms
(*pro hac vice* motion to be filed)
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Telephone:     (410) 783-5795
Facsimile:     (410) 510-1789
jssimms@simmsshowers.com

Counsel for Proios S.A.

3

623938.1