UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 24-cv-23417-RKA

EN MAY MARITIME LLC,

    Plaintiff,

vs.

PROIOS S.A.,

    Defendant.

_____/

**UNOPPOSED MOTION FOR THE DEPOSIT OF FUNDS
WITH THE REGISTRY OF THE COURT**

Proios S.A. ("Proios")[1] moves for an Order permitting the deposit of funds into the Registry of the Court pursuant to Fed. R. Civ. P. 67 and in further support states as follows:

1. The parties (Dkt. 34) have stipulated for deposit with the Court the following: One Million Six Hundred Forty-Four Thousand Four Hundred and Three United States Dollars and One Cent (USD 1,644,403.01) held by Garnishee Interaudi Bank (the "Interaudi Amount") and a further Two Hundred Thousand Twenty-Three United States Dollars and Ninety Seven Cents (USD 200,023.97) (the "Proios Amount") with the total deposit of the Interaudi Amount and the Proios Amount equal to the One Million Eight Hundred Forty-Four Thousand Four Hundred Twenty-Six United States Dollars and Ninety-Eight Cents (USD 1,844,426.98) amount of the Process of Maritime Attachment and Garnishment ("PMAG") (Dkt. 11) issued by this Court (the "Garnishment Amount").

---

[1] Proios restricts its appearance pursuant to Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule") E(8) to defend against En May's admiralty and maritime claim with respect to which there has issued process *in rem*, or process of attachment and garnishment, and expressly restricts its appearance to the defense of such claim.

    2.    Proios submits that pursuant to Fed. R. Civ. P. 67 the circumstances of this case warrant the deposit, in that the purpose of the PMAG is to secure any award in plaintiff En May Maritime, LLC's ("En May") favor by the panel in the ongoing London maritime arbitration between En May and Proios, and that upon the deposit the parties have agreed pursuant to the applicable rules that this case be stayed pending that London maritime arbitration, with the deposited amounts to be held in this Court's registry pending this Court's further Order.

    3.    En May, claimant Axion Management Ship LLC ("Axion") and Garnishee Interaudi Bank Counsel have been consulted and their respective clients do not oppose the relief sought in this motion.

    WHEREFORE, Proios respectfully requests that this Court enter an Order:

    a.    Granting this Motion;

    b.    Directing Garnishee Interaudi Bank and Proios respectively to deposit and Clerk of this Court to accept and deposit into this Court's Registry (a) from Garnishee Interaudi Bank the sum of One Million Six Hundred Forty-Four Thousand Four Hundred and Three United States Dollars and One Cent (USD 1,644,403.01) held by Garnishee Interaudi Bank (the "Interaudi Amount"), and (b) from Proios a further Two Hundred Thousand Twenty-Three United States Dollars and Ninety Seven Cents (USD 200,023.97) (the "Proios Amount") with the total deposit of the Interaudi Amount and the Proios Amount equal to the One Million Eight Hundred Forty-Four Thousand Four Hundred Twenty-Six United States Dollars and Ninety-Eight Cents (USD 1,844,426.98) amount of the Process of Maritime Attachment and Garnishment ("PMAG") (Dkt. 11) issued by this Court ("Garnishment Amount"); and

    c.    Granting such other and further relief as the Court deems just and proper.

    Proios herewith submits a draft Order.

Dated: March 20, 2025

Respectfully Submitted,
Counsel for Proios S.A.

| | |
|---|---|
| BLANCK & COOPER, P.A. | /s/  J. Stephen Simms |
| 5730 S.W. 74th Street, Suite #700 | J. Stephen Simms |
| Miami, Florida 33143 | (*pro hac vice* motion pending) |
| Phone: (305) 663-0177 | Simms Showers LLP |
| Facsimile: (305) 663-0146 | 201 International Circle, Ste. 230 |
| | Baltimore, Maryland 21030 |
| BY:    //S//Jonathan S. Cooper, Esq. | Telephone:    (410) 783-5795 |
| Jonathan S. Cooper, Esq. | Facsimile:     (410) 510-1789 |
| Florida Bar Number: 99376 | jssimms@simmsshowers.com |
| Email: jcooper@shiplawusa.com | |

BY:   //S// Robert W. Blanck, Esq.
Robert W. Blanck, Esq.
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Adam B. Cooke, Esq**. acooke@fowler-white.com **Allan R. Kelley, Esq**. akelley@fowler-white.com FOWLER WHITE BURNETT, P.A. Brickell Arch, 14th Floor, 1395 Brickell Avenue, Miami, Florida 33131, *Counsel for Plaintiff*, and **Yaakov U. Adler, Esq**. adler@freehill.com FREEHILLL HOGAN & MAHAR LLP. 80 Pine Street 25th Floor, New York, NY 10005-1750, *ProHacVice for Plntff*, **Kenneth R. Florio, Esq**. kenneth@goodkindflorio.com GOODKIND & FLORIO P.A. 12861 SW 68th Avenue, Pinecrest, FL 33156, *Counsel for Axion Mngmnt Ship LLC.,* in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

> BLANCK & COOPER, P.A.
> 5730 S.W. 74th Street, Suite #700
> Miami, Florida 33143
> Phone: (305) 663-0177
> Facsimile: (305) 663-0146
>
> BY:   _____
> Jonathan Cooper, Esquire
> Florida Bar Number: 99376
> Email: jcooper@shiplawusa.com
> Robert W. Blanck, Esq.
> Florida Bar Number: 311367
> Email: rblanck@shiplawusa.com
> Attorneys for: Proios S.A.