UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 24-cv-23417-ALTMAN

EN MAY MARITIME, LLC,

    *Plaintiff*,

v.

PROIOS S.A.,

    *Defendant*.

_____/

## ORDER

    We'll take care of three motions in this Order: (1) The Plaintiff's Motion for Order Directing the Clerk to Issue Amended Process of Maritime Attachment and Garnishment ("PMAG") (the "En May Motion") [ECF No. 32]; (2) a Motion to Appear *Pro Hac Vice* [ECF No. 37]; and (3) the Defendant's Unopposed Motion to Deposit Funds with the Registry of the Court (the "Proios Motion") [ECF No. 38].

    We'll start with the most recent motion. Proiois moves, unopposed, "for an Order permitting the deposit of funds into the Registry of the Court pursuant to Fed. R. Civ. P. 67." Proios Motion at 1. Since the motion is unopposed, and after careful review, we now **GRANT** the Proios Motion.

    Next, we **DENY** without prejudice the En May Motion pursuant to the parties' previous Stipulation [ECF No. 34], which states that "En May, Proios and Axion agree that the Interaudi Amount is the property of Proios and is subject to the PMAG that the Clerk of this Court has issued and that En May served on Interaudi Bank," and that "[f]ollowing deposit of the Garnishment Amount into the Court's registry, En May agrees to withdraw its pending Motion for Order Directing the Clerk of Court to Issue an Amended Process of Maritime Attachment and Garnishment (Dkt. 32)

without prejudice and to suspend further efforts to compel Axion responses to En May's discovery requests. After such deposit, En May, Proios and Axion agree to have Axion dismissed without prejudice from this action." Stipulation ¶¶ 2, 5.

Finally, attorney J. Stephen Simms has moved to appear *pro hac vice*. *See* [ECF No. 37]. After reviewing the motion, we find that the movant has fully complied with Rule 4 of the Local Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys. We'll therefore **GRANT** his motion.

Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Unopposed Motion to Deposit Funds with the Registry of the Court [ECF No. 38] is **GRANTED**.

2. By the first banking day **within five days** of this order, Garnishee Interaudi Bank and Proios are **DIRECTED** respectively to deposit, and the Clerk of this Court is **DIRECTED** to accept, into this Court's Registry:

    a) from Garnishee Interaudi Bank the sum of One Million Six Hundred Forty-Four Thousand Four Hundred and Three United States Dollars and One Cent ($1,644,403.01) held by Garnishee Interaudi Bank (the "Interaudi Amount"); and

    b) from Proios a further Two Hundred Thousand Twenty-Three United States Dollars and Ninety-Seven Cents ($200,023.97) (the "Proios Amount")

    with the total deposit of the Interaudi Amount and the Proios Amount equal to the One Million Eight Hundred Forty-Four Thousand Four Hundred Twenty-Six United States Dollars and Ninety-Eight Cents ($1,844,426.98) amount of the PMAG ("Garnishment Amount"). The Clerk must deposit the Garnishment Amount into an interest-bearing

account in accordance with Federal Rule of Civil Procedure 67. *See* FED. R. CIV. P. 67(b). ("The money must be deposited in an interest-bearing account or invested in a court-approved, interest-bearing instrument.").

3. The Garnishment Amount shall remain deposited with this Court's Registry until further order of this Court.

4. The Motion to Appear *Pro Hac Vice* [ECF No. 37] is **GRANTED**. J. Stephen Simms may appear and participate in this action on behalf of Proios. The Clerk **SHALL** provide electronic notice of all filings on the docket to: J. Stephen Simms at jssimms@simmsshowers.com.

5. The Motion for Order Directing the Clerk to Issue Amended PMAG [ECF No. 32] is **DENIED without prejudice**.

6. The Clerk of Court is directed to **CLOSE** and **administratively STAY** this case pending the outcome of the London arbitration between En May and Proios. After all, "upon the deposit the parties have agreed pursuant to the applicable rules that this case be stayed pending that London maritime arbitration, with the deposited amounts to be held in this Court's registry pending this Court's further Order." Proios Motion at 2.

**DONE AND ORDERED** in the Southern District of Florida on March 24, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record