Generated: Mar 27, 2025 12:34PM                                                                                      Page 1/1



## U.S. District Court

### Florida Southern - Miami

Receipt Date: Mar 27, 2025 12:34PM

INTERAUDI BANK
19 EAST 54th STREET
NEW YORK, NY 10022

Rcpt. No: 300465                Trans. Date: Mar 27, 2025 12:34PM                Cashier ID: #VT (1899)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DFLS124CV023417 /001<br>FBO: INTERAUDI BANK | 1 | 1644403.01 | 1644403.01 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #305872 | 03/26/2025 | | $1,644,403.01 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $1,644,403.01 |
| Total Tendered: | $1,644,403.01 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** 1:24-cv-23417-RKA PER ORDER OF THE COURT (DE#39) REMITTER: INTERAUDI BANK 19 EAST 54th STREET NEW YORK, NY 10022

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.