UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

EN MAY MARITIME LLC,                                Case No. 24-cv-23417-RKA

    Plaintiff,

- against –

PROIOS S.A.,

    Defendant.
_____/

**UNOPPOSED MOTION FOR EXTENSION TO/INCLUDING
FRIDAY, MAY 2, 2025 FOR PROIOS S.A. TO DEPOSIT FUNDS
WITH THE REGISTRY OF THE COURT**

Proios S.A. ("Proios")[1] moves for an Order extending to/including Friday, May 2. 2025 for Proios to deposit into the Court's Registry the further Two Hundred Thousand Twenty-Three United States Dollars and Ninety Seven Cents (USD 200,023.97) (the "Proios Amount") and further in support of this motion states as follows:

    1.    This Court March 25, 2025 (Dkt. 39) ordered that Proios and InterAudi Bank by Monday, March 31, 2025 make certain deposits with the Registry of this Court.

    2.    InterAudi Bank (Dkt. 40) March 27, 2025 deposited with the Court's Registry One Million Six Hundred Forty-Four Thousand Four Hundred and Three United States Dollars and One Cent (USD 1,644,403.01) (the "Interaudi Amount").

---

[1] Proios restricts its appearance pursuant to Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule") E(8) to defend against En May's admiralty and maritime claim with respect to which there has issued process *in rem*, or process of attachment and garnishment, and expressly restricts its appearance to the defense of such claim.

- 1 -

3. Proios, located in Argentina, is subject to strict Argentina government controls and reporting concerning the payment of United States Dollar funds out of Argentina.[2] Proios requires additional time to comply with Argentina government controls and reporting to access the Proios Amount in United States Dollar funds for deposit with this Court's Registry.

4. Proios believes that approximately thirty further days, from the present Monday, March 31, 2025 to and including Friday, May 2, 2025 should be a sufficient amount of time for Proios to have access to the Proios Amount for deposit with this Court's Registry.

Proios by counsel has consulted with plaintiff En May Maritime LLC ("En May") by counsel, and En May does not oppose this motion. Having shown good cause for this motion, Proios therefore respectfully requests this Court to extend to and including Friday, May 2, 2025 the time for Proios to deposit the Proios Amount with this Court's Registry, and herewith submits a draft Order.

Dated: March 31, 2025

Respectfully Submitted,

BLANCK & COOPER, P.A.　　　　　　　　　　　　Email: rblanck@shiplawusa.com
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Phone: (305) 663-0177
Facsimile: (305) 663-0146

BY:   //S//Jonathan S. Cooper, Esq.
Jonathan S. Cooper, Esq.
Florida Bar Number: 99376
Email: jcooper@shiplawusa.com

BY:   //S// Robert W. Blanck, Esq.
Robert W. Blanck, Esq.
Florida Bar Number: 311367

---

[2]   See, e.g. https://www.trade.gov/market-intelligence/argentina-restrictions-imports#:~:text=Importers%20must%20wait%20six%20months,percent%20down%20payment%20was%20revoked.

| | |
|---|---|
| /s/  J. Stephen Simms | Baltimore, Maryland 21030 |
| J. Stephen Simms | Telephone:	(410) 783-5795 |
| (*pro hac vice*) | Facsimile:	(410) 510-1789 |
| Simms Showers LLP | jssimms@simmsshowers.com |
| 201 International Circle, Ste. 230 | |

Counsel for Proios S.A.

**CERTIFICATE OF SERVICE**

I certify that on March 31, 2025 I caused the foregoing Unopposed Motion and draft order to be filed on this Court's CM/ECF system for service on all counsel of record.

/s/  J. Stephen Simms