UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

EN MAY MARITIME LLC,                                  Case No. 24-cv-23417-RKA

    Plaintiff,

- against –

PROIOS S.A.,

    Defendant.

_____/

### PROIOS' MOTION FOR EXTENSION TO/INCLUDING
### FRIDAY, JULY 11, 2025 FOR PROIOS S.A. TO DEPOSIT FURTHER FUNDS
### WITH THE REGISTRY OF THE COURT

Proios S.A. ("Proios")[1] further moves pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(a)(1)(J)[2] Local for an Order extending to/including Friday, July 11, 2025 for Proios to deposit

---

[1] Proios restricts its appearance pursuant to Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule") E(8) to defend against En May's admiralty and maritime claim with respect to which there has issued process *in rem*, or process of attachment and garnishment, and expressly restricts its appearance to the defense of such claim.

[2] Local Rule 7.1(a)(1)(J) states as follows:

a) Filing.

(1)) Every motion when filed and served shall incorporate a memorandum of law citing supporting authorities, except that the following motions need not incorporate a memorandum:

\* \* \*

(J) motion for extensions of time providing the good cause supporting it is set forth in the motion [.]

Proios' motion here sets forth good cause, namely, Argentine government U.S. dollar exchange restrictions which have delayed Proios' ability to make deposit the Proios Amount.

into the Court's Registry a further $175,023.97 – Proios having today deposited with the Court a further $25,000 – to the "Proios Amount" total Two Hundred Thousand Twenty-Three United States Dollars and Ninety Seven Cents (USD 200,023.97) and further in support of this motion states as follows:

1.   This Court on March 25, 2025 (Dkt. 39) ordered that Proios and InterAudi Bank by Monday, March 31, 2025 make certain deposits with the Registry of this Court.

2.   On March 27, 2025 InterAudi Bank (Dkt. 40) deposited with the Court's Registry One Million Six Hundred Forty-Four Thousand Four Hundred and Three United States Dollars and One Cent (USD 1,644,403.01) (the "Interaudi Amount").

3.   The Court on April 1, 2025 (Dkt. 43) extended to and including today, Friday, May 2, 2025, the time for Proios to complete the further deposit to the Proios Amount.

4.   As Proios had previously reported to the Court, Proios, located in Argentina, is subject to strict Argentina government controls and reporting concerning the payment of United States Dollar funds out of Argentina.[3]

5.   Proios herewith files as **Exhibit A hereto** the affidavit from an officer of its bank in Argentina, Macro Bank, BNA stating as follows:

> Proios, S.A. as an Argentina company, and the Bank, is subject to strict foreign exchange controls subject to Argentina bank regulations as per the BCRA (Banco Central de la Republica).
>
> Because of those controls, the Bank has as of this date been unable to access any more than USD 25,000, for the purpose of deposit with the United States District Court.
>
> The Bank continues to apply to the required Argentina authorities for permission to release the further deposit amount in United States Dollars, for deposit with the Court.

---

[3]   See, e.g. https://www.trade.gov/market-intelligence/argentina-restrictions-imports#:~:text=Importers%20must%20wait%20six%20months,percent%20down%20payment%20was%20revoked.

An additional 60 days minimum is required for this permission, although a longer time may be required depending on the decision of Argentina authorities.

6. Proios consequently today has deposited with the Registry of this Court, by client trust account check from Proios' lead counsel, a further $25,000 toward the Proios Amount, with a further $175,023.97 to be cleared through Argentine foreign exchange authorities so that the full Proios Amount can be deposited with the Registry of this Court.

7. Proios requires further, additional time to comply with Argentina government controls and reporting to access the Proios Amount in United States Dollar funds for deposit with this Court's Registry.

8. Proios – and its bank – believe that a further 60 days – to and including Friday, July 11, 2025 (to allow for the 4th July holiday) should be a sufficient amount of time for Proios to have access to the balance of the Proios Amount for deposit with this Court's Registry, although as confirmed by Proios' bank, as set out in Exhibit A hereto, "a longer time may be required depending on the decision of Argentina authorities."

9. Having shown good cause for this motion, Proios therefore respectfully requests this Court to extend to and including Friday, July 11, 2025 the time for Proios to complete the deposit of the Proios Amount with this Court's Registry.

WHEREFORE, Proios respectfully requests this Court to grant this motion and herewith files a draft order.

### Local Rule 7.1(a)(3) Certification

Undersigned counsel for Proios J. Stephen Simms, *pro hac vice* certifies that today, May 2, 2025 by email he consulted with lead counsel for En May, *pro hac vice*, Yaakov Adler, concerning his motion. Because of the short time involved so that Proios could make this motion

before expiration of the current May 2, 2025 date set by this Court, Proios is still to receive any position of En May on the motion.

Dated: May 2, 2025

Respectfully Submitted,

| | |
|---|---|
| BLANCK & COOPER, P.A. | /s/  J. Stephen Simms |
| 5730 S.W. 74th Street, Suite #700 | J. Stephen Simms |
| Miami, Florida 33143 | (*pro hac vice*) |
| Phone: (305) 663-0177 | Simms Showers LLP |
| Facsimile: (305) 663-0146 | 201 International Circle, Ste. 230 |
| | Baltimore, Maryland 21030 |
| BY:   //S//Jonathan S. Cooper, Esq. | Telephone:    (410) 783-5795 |
| Jonathan S. Cooper, Esq. | Facsimile:    (410) 510-1789 |
| Florida Bar Number: 99376 | jssimms@simmsshowers.com |
| Email: jcooper@shiplawusa.com | |
| | |
| Robert W. Blanck, Esq. | |
| Florida Bar Number: 311367 | |
| Email: rblanck@shiplawusa.com | |

Counsel for Proios S.A.

## **CERTIFICATE OF SERVICE**

I certify that on May 2, 2025 I caused the foregoing Unopposed Motion and draft order to be filed on this Court's CM/ECF system for service on all counsel of record.

/s/  J. Stephen Simms