Generated: May 2, 2025 3:58PM                                                                                           Page 1/1



# U.S. District Court

## Florida Southern - Miami

Receipt Date: May 2, 2025 3:58PM

J. STEPHEN SIMMS, PC
CLIENT TRUST ACCOUNT
TWENTY SOUTH CHARLES STREET
SUITE 702
BALTIMORE, MD 21201

Rcpt. No: 301886          Trans. Date: May 2, 2025 3:58PM          Cashier ID: #VT (1899)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DFLS124CV023417 /001<br>FBO: J. STEPHEN SIMMS, P.C. | 1 | 25000.00 | 25000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #0869 | 05/1/2025 | $25,000.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $25,000.00 |
| Total Tendered: | $25,000.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** 1:24-cv-23417-RKA/En May Maritime LLC vs Proios S.A. REMITTER: J. STEPHEN SIMMS, PC CLIENT TRUST ACCOUNT TWENTY SOUTH CHARLES STREET SUITE 702 BALTIMORE, MD 21201 DEPOSIT INTO THE COURT'S REGISTRY (DE#39)

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.