UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

EN MAY MARITIME LLC,                              Case No. 24-cv-23417-RKA

    Plaintiff,

- against –

PROIOS S.A.,

    Defendant.
_____/

**PROIOS' MOTION FOR EXTENSION TO/INCLUDING
FRIDAY, OCTOBER 10, 2025 FOR PROIOS S.A. TO DEPOSIT
FURTHER FUNDS WITH THE REGISTRY OF THE COURT**

Proios S.A. ("Proios")[1] further moves pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(a)(1)(J)[2] for an Order extending to/including Friday, October 10, 2025, for Proios to deposit

---

[1] Proios restricts its appearance pursuant to Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule") E(8) to defend against En May's admiralty and maritime claim with respect to which there has issued process *in rem*, or process of attachment and garnishment, and expressly restricts its appearance to the defense of such claim.

[2] Local Rule 7.1(a)(1)(J) states as follows:

    a) Filing.

    (1)) Every motion when filed and served shall incorporate a memorandum of law citing supporting authorities, except that the following motions need not incorporate a memorandum:

    * * *

    (J) motion for extensions of time providing the good cause supporting it is set forth in the motion [.]

Proios' motion here sets forth good cause, namely, Argentine government U.S. dollar exchange restrictions which have delayed Proios' ability to deposit the Proios Amount.

- 1 -

into the Court's Registry the further $175,023.97. On May 2, 2025, Proios deposited with the Court a further $25,000 to the "Proios Amount" - total Two Hundred Thousand Twenty-Three United States Dollars and Ninety-Seven Cents (USD 200,023.97) - and further in support of this motion states as follows:

1. This Court, on March 25, 2025 (Dkt. 39), ordered that Proios and InterAudi Bank by Monday, March 31, 2025 make certain deposits with the Registry of this Court.

2. InterAudi Bank (Dkt. 40), on March 27, 2025, deposited with the Court's Registry One Million Six Hundred Forty-Four Thousand Four Hundred and Three United States Dollars and One Cent (USD 1,644,403.01) (the "Interaudi Amount"). InterAudi Bank since has closed its account with Proios.

3. The Court, on April 1, 2025 (Dkt. 43), extended to and including Friday, May 2, 2025, the time for Proios to complete the further deposit to the Proios Amount.

4. On May 2, 2025 (Dkt. 45), Proios moved for an extension to deposit the further Proios Amount until July 11, 2025 which, on May 5. 2025, the Court granted (Dkt. 47).

4. Proios, located in Argentina, is subject to strict Argentina government controls and reporting concerning the payment of United States Dollar funds out of Argentina.[3] **Exhibit A hereto**.

5. Although certain restrictions have been eased, critical restrictions remain in place including:

---

[3]   See, e.g. https://www.trade.gov/market-intelligence/argentina-restrictions-imports#:~:text=Importers%20must%20wait%20six%20months,percent%20down%20payment%20was%20revoked.

• Legal persons (i.e., companies) remain unable to purchase foreign currency in the Official FX Market for treasury or other non-operational purposes.[4]

**Exhibit B hereto**, Affidavit of Eva Proios ("Proios Aff."), ¶ 6

5. Along with its Motion, Proios filed the May 2, 2025 affidavit from an officer of its bank in Argentina, Banco Macro S.A., Dkt. 45 at Ex. A, explaining also the situation of Argentina foreign exchange controls.  That Banco Macro S.A. officer in her accompanying affidavit, **Exhibit A hereto**, July 10, 2025, states further as follows:

> In the time since my affidavit of 2d May, 2025 to the present date, because of those controls, the Bank has as of this date been unable to access any further amounts in United States Dollars for the account of Proios, S.A., including for the purpose of deposit with the United States District Court, or for the purpose of making any Proios S.A. payment in United States Dollars to any person or entity.
>
> The Bank continues to apply to the required Argentina authorities for permission to release the further deposit amount in United States Dollars, for deposit with the Court.
>
> An additional 90 days minimum is required for this permission, although a longer time may be required depending on the decision of Argentina authorities.

6. While Proios' bank believed that 60 days "minimum" would be required for permission to release further deposit in United States Dollars, a longer time has been required due to continuing critical restrictions by the Argentinian authorities.  Dkt. 45 at Ex. A.

7. While Proios, on May 2, 2025, deposited with the Registry of this Court, by client trust account check from Proios' lead counsel, a further $25,000 toward the Proios Amount, a further $175,023.97 must still be cleared through Argentine foreign exchange authorities so that the full Proios Amount can be deposited with the Registry of this Court.

---

[4] See, e.g., https://wsclegal.com/the-end-of-the-cepo/

7. Proios requires further, additional time to comply with Argentina government controls and reporting to access the Proios Amount in United States Dollar funds for deposit with this Court's Registry. Proios Aff., ¶ 5; Bank Aff.

8. Proios – and its bank – believes that a further 90 days – to and including Friday, October 10, 2025 should be a sufficient amount of time for Proios to have access to the Proios Amount for deposit with this Court's Registry, although as confirmed by Proios' bank, as set out in Dkt. 45, Exhibit A, "although a longer time may be required depending on the decision of Argentina authorities." Proios Aff., ¶ 7; Bank Aff.

9. Having shown good cause for this motion, Proios therefore respectfully requests this Court to extend to and including Friday, October 10, 2025, the time for Proios to complete the deposit of the Proios Amount with this Court's Registry.

WHEREFORE, Proios respectfully requests this Court to grant this motion and herewith files a draft order.

/

[Continued on Next Page]

/

**Local Rule 7.1(a)(3) Certification**

Undersigned counsel for Proios, J. Stephen Simms, *pro hac vice*, certifies that today, July 10, 2025, he consulted by email with lead counsel for En May, Yaakov Adler, *pro hac vice*, concerning his motion.   En May opposes the motion.

Dated: July 10, 2025

Respectfully Submitted,

| | |
|---|---|
| BLANCK & COOPER, P.A.<br>5730 S.W. 74th Street, Suite #700<br>Miami, Florida 33143<br>Phone: (305) 663-0177<br>Facsimile: (305) 663-0146<br><br>BY:   //S//Jonathan S. Cooper, Esq.<br>Jonathan S. Cooper, Esq.<br>Florida Bar Number: 99376<br>Email: jcooper@shiplawusa.com<br><br>Robert W. Blanck, Esq.<br>Florida Bar Number: 311367<br>Email: rblanck@shiplawusa.com | /s/  J. Stephen Simms<br>J. Stephen Simms<br>(*pro hac vice*)<br>Simms Showers LLP<br>201 International Circle, Ste. 230<br>Baltimore, Maryland 21030<br>Telephone:    (410) 783-5795<br>Facsimile:    (410) 510-1789<br>jssimms@simmsshowers.com |

Counsel for Proios S.A.

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2025 I caused the foregoing Unopposed Motion and draft order to be filed on this Court's CM/ECF system for service on all counsel of record.

/s/  J. Stephen Simms