UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

EN MAY MARITIME LLC,               Case No. 24-cv-23417-RKA

    Plaintiff,

- against –

PROIOS S.A.,

    Defendant.
_____/

**AFFIDAVIT OF EVA PROIOS**

I, Eva Proios, hereby affirm as follows:

1. I am Operations Manager for Proios S.A. ("Proios") Defendant in this action. I have held this position at all times relevant hereto and have personal knowledge of all facts stated herein. I could and would testify competently thereto if called upon as a witness.

2. This affidavit is based on my personal knowledge and on records maintained by Proios in the ordinary course of business.

3. This affidavit is submitted in support of Proios' Motion For Extension to/Including Friday, October 10, 2025 for Proios S.A. to Deposit Further Funds With the Registry of the Court.

4. The exchange control restrictions in Argentina continue to prevent Proios from accessing U.S. dollars. Unfortunately, this situation remains unchanged and despite Proios' best efforts, Proios is not in a position to make further deposit by July 11, 2025.

1



**Exhibit B**

5.      Proios requires further, additional time to comply with Argentina government controls and reporting to access the Proios Amount in United States Dollar funds for deposit with this Court's Registry.

6.      While some foreign currency restrictions have been lifted, critical restrictions remain in place including, among others:

- Legal persons (*i.e.*, companies) remain unable to purchase foreign currency in the Official FX Market for treasury or other non-operational purposes.

7.      Proios believes that a further about 90 days – to and including Friday, October 10, 2025 should be a sufficient amount of time for Proios to have access to the Proios Amount for deposit with this Court's Registry. However, as further confirmed by Proios' bank in support of Proios May 2, 2025 Motion to Extend, Dkt. 45, Exhibit A "a longer time may be required depending on the decision of Argentina authorities."

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE INFORMATION AND BELIEF.

Executed on this _9th_ of July 2025 in Buenos Aires, Argentina

_____
Eva Proios
Operations Manager, Proios, S.A.