

Bs As 10th of july, 2025

I am Cecilia Tasca of Banco Macro S.A., which is the Argentina bank for Proios, S.A.

I present this affidavit further to my affidavit of May 2, 2025.

As I stated in my affidavit of 2nd May, 2025, Proios, S.A. as an Argentina company, and the Bank, is subject to strict foreign exchange controls subject to Argentina bank regulations as per the BCRA (Banco Central de la Republica).

In the time since my affidavit of 2d May, 2025 to the present date, because of those controls, the Bank has as of this date been unable to access any furhter amounts in United States Dollars for the account of Proios, S.A., including for the purpose of deposit with the United States District Court, or for the purpose of making any Proios S.A. payment in United States Dollars to any person or entity.

The Bank continues to apply to the required Argentina authorities for permission to release the further deposit amount in United States Dollars, for deposit with the Court.

An additional 90 days minimum is required for this permission, although a longer time may be required depending on the decision of Argentina authorities.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10th of July 2025

**Cecilia Tasca**
Oficial de Empresas
Macro BMA
Av. Cabildo 1000
CP 1426- CABA



**Exhibit A**