UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

EN MAY MARITIME LLC,                              Case No. 24-cv-23417-RKA

    Plaintiff,

- against –

PROIOS S.A.,

    Defendant.
_____/

**PROIOS' RESPONSE TO THIS COURT'S
JULY 18, 2025 ORDER (Dkt. 51)**

Proios S.A. ("Proios")[1] responds as follows to this Court's July 18, 2025 Order (Dkt. 51):

By July 22, 2025, Proios must tell us what steps it's taken to deposit the remaining funds. It must attach as exhibits any communication it's had with Argentine foreign exchange authorities about the funds (e.g., emails, call logs). If there's any communication Proios can't produce, it must attach an affidavit to explain the missing communication. By the same date, Proios must tell us whether it has any other "assets, accounts receivable, or bank accounts" in the United States or anywhere else that could be used to cover its remaining obligation to En May. Ibid. That includes any Axion accounts or any accounts controlled by Jorge or Eva Proios themselves. Finally, Proios must explain why "an additional 90 days minimum" is necessary to release the funds.

**The steps that Proios has taken to deposit the remaining funds**: Please see the accompanying affidavit of Eva Proios, including its ¶¶ 4-6.

**Attached as exhibits, any communication Proios has had with Argentine foreign exchange authorities about the funds (e.g., emails, call logs)**: Please see the accompanying affidavit of Eva Proios, ¶¶ 4-6 and its **Exhibit B**.

---

[1]    Proios restricts its appearance pursuant to Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule") E(8) to defend against En May's admiralty and maritime claim with respect to which there has issued process *in rem*, or process of attachment and garnishment, and expressly restricts its appearance to the defense of such claim.

**Whether Proios has any other "assets, accounts receivable, or bank accounts" in the United States or anywhere else that could be used to cover its remaining obligation to En May. This includes any Axion accounts or any accounts controlled by Jorge or Eva Proios themselves**: Please see the accompanying affidavit of Eva Proios, including its ¶¶ 7-14.

**Proios' explanation of why "an additional 90 days minimum" is necessary to release the funds**: Please see the accompanying affidavit of Eva Proios, including its ¶15.

Dated: July 22, 2025

Respectfully Submitted,

| | |
|---|---|
| BLANCK & COOPER, P.A.<br>5730 S.W. 74th Street, Suite #700<br>Miami, Florida 33143<br>Phone: (305) 663-0177<br>Facsimile: (305) 663-0146<br><br>BY:   //S//Jonathan S. Cooper, Esq.<br>Jonathan S. Cooper, Esq.<br>Florida Bar Number: 99376<br>Email: jcooper@shiplawusa.com<br><br>Robert W. Blanck, Esq.<br>Florida Bar Number: 311367<br>Email: rblanck@shiplawusa.com | /s/  J. Stephen Simms<br>J. Stephen Simms<br>(*pro hac vice*)<br>Simms Showers LLP<br>201 International Circle, Ste. 230<br>Baltimore, Maryland 21030<br>Telephone:    (410) 783-5795<br>Facsimile:     (410) 510-1789<br>jssimms@simmsshowers.com |

Counsel for Proios S.A.

## CERTIFICATE OF SERVICE

I certify that on July 22, 2025 I caused the foregoing Response to be filed on this Court's CM/ECF system for service on all counsel of record.

/s/  J. Stephen Simms