UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

EN MAY MARITIME LLC,                              Case No. 24-cv-23417-RKA

    Plaintiff,

- against –

PROIOS S.A.,

    Defendant.
_____/

### AFFIDAVIT OF EVA PROIOS

I, Eva Proios, hereby affirm as follows:

1. I am Operations Manager for Proios S.A. ("Proios") Defendant in this action. I have held this position at all times relevant hereto and have personal knowledge of all facts stated herein. I could and would testify competently thereto if called upon as a witness.

2. This affidavit is based on my personal knowledge and on records maintained by Proios in the ordinary course of business.

3. I affirm that the prior affidavit, July 9, 2025 that I submitted to the Court, is true and correct. I submit my further affidavit here to respond to the Court's July 18, 2025 Order.

4. Argentina's foreign exchange ("FX") restrictions have continued. As reported by Reuters, the government has introduced a significantly stricter and more comprehensive FX control framework. This marks a major policy shift, even as Argentina has secured a $4.7 billion loan from the IMF intended to support the easing of such restrictions. Despite the agreement, the loan has not yet been disbursed, and the new measures are already impacting market operations

and investor sentiment.  *See* https://www.reuters.com/world/americas/argentina-eases-fx-controls-major-policy-shift-ahead-imf-deal-2025-04-11/

5. **Exhibit A hereto** is a true and correct copy the FX regulation of the Central Bank of Argentina (BCRA).  **Exhibit B hereto** are communications that Proios has had with Argentine foreign exchange authorities about the funds (e.g., emails, call logs).  All of such communications with Argentine foreign exchange authorities (BCRA) must be through and have been through, Proios' bank, Banco Macro S.A.

6. Responding to the Court's requirement that Proios report what steps Proios has taken to deposit the remaining funds  - the $175,023.97 (the "Proios Amount") -  I once again have spoken (July 21st) with Proios' bank, Banco Macro S.A., to inquire what would happen, if Proios requested that the Bank, thorough BCRA as required, convert the little money that Proios has – which is only Argentine Pesos – or, if Proios were able to sell its assets ( the sale proceeds would also be in Argentine Pesos) - from Argentine Pesos to United States Dollars some or all of the $175,023.97 (the "Proios Amount").   Banco Macro S.A. again responded to me, as they have before, hat although the Bank can submit the request, the Bank must have the approval from the BCRA, which has neither been replying to nor approving FX requests.

7. Interaudi Bank's unilateral closure of the Axion's bank account has seriously affected Proios' operations.  Before, Axion would receive U.S. dollar payments on behalf of Proios, and pay Proios' expenses in U.S. dollars to creditors.  Proios has lost many customers because Proios no longer is able, through the assistance of Axion or otherwise, to receive U.S. Dollar payments, or pay U.S. Dollars to creditors.  Instead, any U.S. Dollar payments must be made to the Argentina Government (BCRA) which then converts them to Argentine Pesos.

8. Proios has for some time and had an in active bank account at Banco de la Nación Argentina, Miami Branch. The balance of that account is less than USD 4,000. Proios has no other assets in the U.S. nor any other U.S. Dollar deposit accounts anywhere, and due to strict financial regulations in Argentina, again as I have set out above, it is not possible to receive into Proios' Bank account and then use U.S. Dollars, all of which, when and if received, must according to Argentine law be converted to Argentine Pesos.

9. Referring to the Court's Order, there is no communication required by this Court's Order that Proios has not produced or otherwise cannot produce.

10. Other than the above Banco de la Nación Argentina, Miami Branch account with a balance of less than USD 4,000, Proios has no other assets, accounts receivable, or bank accounts in the U.S. or elsewhere, other than in Argentina. There are no such accounts that – because of Argentina foreign exchange controls - could be readily converted into U.S. dollars for the deposit of the Proios amount. The only place other than set out above that Proios has assets is Argentina. These assets are the following:

    a. Warehouse at Ministro Brin 774 Buenos Aires: https://www.google.com/maps/place/Ministro+Brin+772,+C1158AAH+Cdad.+Aut%C3%B3noma+de+Buenos+Aires/@-34.6306641,-58.361111,17z/data=!3m1!4b1!4m5!3m4!1s0x95a334c7f3548033:0xefd703c55cd7030!8m2!3d-34.6306685!4d-58.3585307?entry=ttu&g_ep=EgoyMDI1MDcxNi4wIKXMDSoASAFQAw%3D%3D

    b. Warehouse at San Isidro: https://www.google.com/maps/place/Ministro+Brin+772,+C1158AAH+Cdad.+Aut%C3%B3noma+de+Buenos+Aires/@-34.6306641,-

3

58.361111,17z/data=!3m1!4b1!4m5!3m4!1s0x95a334c7f3548033:0xefd703c55cd7030!8m2!3d-34.6306685!4d-58.3585307?entry=ttu&g_ep=EgoyMDI1MDcxNi4wIKXMDSoASAFQAw%3D%3D

 c. Shipyard in Dock Sud:

https://www.google.com/maps/place/DIC,+Gral.+Rivas+175,+B1871+Dock+Sud,+Provincia+de+Buenos+Aires/data=!4m2!3m1!1s0x95a334a4e8f16871:0x18064007cf89d011?sa=X&ved=1t:242&ictx=111

 d. 11 vehicles

 e. Three (3) tugboats  - all of which are out of service because of the need of funds for their repair and reconditiong:

Libertador:

https://www.marinetraffic.com/es/ais/details/ships/shipid:770943/mmsi:701000697/imo:7521792/vessel:LIBERTADOR

Competidor:

https://www.marinetraffic.com/es/ais/details/ships/shipid:770938/mmsi:701000688/imo:7346037/vessel:COMPETIDOR

Vibrador:

https://www.marinetraffic.com/es/ais/details/ships/shipid:771374/mmsi:701006260/imo:7372969/vessel:VIBRADOR

 f. Proios' bank account in Banco Macro S.A., presently has a current balance of 26,176,412.89 Argentine pesos (current 1 Argentine Peso to .00080 USD exchange rate = USD 20,941.13).  This is the only operating or other bank account of Proios and Proios must have these funds to pay its employees' salaries and other very basic expenses.

11. Even though Proios does have the assets mentioned above, even if Proios was able to sell them, the sale would have to be for Argentine Pesos, not United States Dollars. If there was any offer for the assets in United States Dollars, those dollars would have to be reported to the Argentine Government, BCRA, and surrendered to the Argentine Government in exchange for Argentine Pesos. Proios has no receivables that are due to it in United States Dollars, and even if it did, again, the United States Dollars must be reported to and paid to the Argentine Government and exchanged to Argentine Pesos.

12. The assets of Jorge Proios are a retirement bond in the approximate amount of USD 30,000.00 with his wife the other shareholder of the 50%) the same. This bond is registered in the Cayman Islands. This is not a liquid asset; Jorge Proios continues to work as an officer of Proios. Jorge Proios also owns an inactive Delaware LLC called World Bridge Brokers LLC, which has a bank account with less than USD 6,000 held through Mercury (http://www.mercury.com), a financial technology company which in turn holds its deposits with U.S. FDIC Members Choice Financial Group, Column N.A. and Evolve Bank & Trust. Jorge Proios and his wife, own a house in Argentina which is for sale, and have a bank account in Argentina presently with less than 2.000.000 pesos (equivalent, around USD 1,600).

13. I also have no account or assets in the United States. I am an employee of Proios, not a shareholder or owner of Proios, guarantor of any Proios obligations or creditor of Proios. In Argentina, I do not own any home or other property and only own a car and personal items.

14. Axion no longer has any accounts in or outside of the United States. All of the funds in the former Interaudi Bank account of Axion have been deposited with this Court. I am not an owner, manager, officer or employee of Axion, but I have confirmed that Axion no longer continues to operate and that Axion has no further accounts or assets.

15. Responding to the Court's request for explanation of why "an additional 90 days minimum" is necessary to release the funds," please see the Affidavit of Cecilia Tasca of Proios's Argentine bank [ECF No. 48-2] at 1. Whether any USD funds ever can be available with the Argentina FX controls – after the sale of any Proios assets or otherwise for Argentina Pesos and converted into United States Dollars, depends on the Argentina Government and its national FX regulations. Proios hopes that the regulations will change, and 90 days seems to be a reasonable time to see if they will change. As our Bank pointed out in its earlier affidavit, however, a longer time than 90 days may be required depending on the decision of Argentina authorities.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE INFORMATION AND BELIEF.

Executed on this 22nd of July 2025 in Buenos Aires, Argentina

_____
Eva Proios
Operations Manager, Proios, S.A.