**<u>Exhibit B – Spanish (Original)</u>**

**From:** Moyetones, Claudia C <Claudia.Moyetones@Chubb.com>
**Sent:** Wednesday, December 4, 2024 1:22 PM
**To:** Eva Proios <eva@proios.com>
**Cc:** Carabio, Maria Gabriela <mcarabio@chubb.com>; Jorge Proios <jorge@proios.com>; Cantillo, Hernan <hjcantillo@chubb.com>
**Subject:** RE: PROIOS - SECURITY BOND - USA

No, tampoco :(



**Claudia Moyetones**
Suscriptor, Caución

Av. Leandro N. Alem 855 Piso 4,
Ciudad Autónoma de Buenos Aires, Argentina – C1001AAD
Teléfono +54 9 11 4114 4000 Interno 1121
E: claudia.moyetones@chubb.com

**From:** Eva Proios <eva@proios.com>
**Sent:** miércoles, 4 de diciembre de 2024 14:04
**To:** Moyetones, Claudia C <Claudia.Moyetones@Chubb.com>
**Cc:** Carabio, Maria Gabriela <mcarabio@chubb.com>; Jorge Proios <jorge@proios.com>; Cantillo, Hernan <hjcantillo@chubb.com>
**Subject:** [EXTERNAL] Re: PROIOS - SECURITY BOND - USA

Buenas tardes Claudia

En Estados Unidos tampoco lo pueden armar?

gracuas

--

```
Best Regards
Eva Proios
Operations Manager.

PROIOS S.A.
Carlos Pellegrini 651 floor 7
Buenos Aires (1009)
Argentina

Tel: +54  11 4307-8799 (rot.)
Fax: +54  11 4300-5142
Cel: +54 911 5726-5031

E-mail: info@proios.com (General)
E-mail: eva@proios.com (Personal)
```

WWW.PROIOS.COM

---

**From:** Moyetones, Claudia C <Claudia.Moyetones@Chubb.com>
**Sent:** Wednesday, December 4, 2024 1:59:51 PM
**To:** Eva Proios <eva@proios.com>
**Cc:** Carabio, Maria Gabriela <mcarabio@chubb.com>; Jorge Proios <jorge@proios.com>; Cantillo, Hernan <hjcantillo@chubb.com>
**Subject:** RE: PROIOS - SECURITY BOND - USA

Hola Eva buenas tardes,
Lamentablemente las novedades no son positivas, no es posible constituir contragarantías en nuestro país, precisamente por lo que conversamos ayer de la dificultad del giro de divisas.
Por lo que no podremos avanzar con la emisión de garantía alguna.

Saludos.



**Claudia Moyetones**
Suscriptor, Caución

Av. Leandro N. Alem 855 Piso 4,
Ciudad Autónoma de Buenos Aires, Argentina – C1001AAD
Teléfono +54 9 11 4114 4000 Interno 1121
E: claudia.moyetones@chubb.com

**From:** Eva Proios <eva@proios.com>
**Sent:** miércoles, 4 de diciembre de 2024 13:13
**To:** Moyetones, Claudia C <Claudia.Moyetones@Chubb.com>; Cantillo, Hernan <hjcantillo@chubb.com>
**Cc:** Carabio, Maria Gabriela <mcarabio@chubb.com>; Jorge Proios <jorge@proios.com>
**Subject:** [EXTERNAL] Re: PROIOS - SECURITY BOND - USA

Estimada Monica buenos dias.

Tendrás alguna novedad de nuestro caso?
Gracias!


Saludo atte//Best Regards



Eva Proios
Operations Manager

Carlos Pellegrini 651 floor
7th. Buenos Aires (C1009AAH)
Argentina
Email: eva@proios.com
Tel: +549 11 57265031
WWW.PROIOS.COM

**De:** Eva Proios <eva@proios.com>
**Fecha:** martes, 3 de diciembre de 2024, 3:46 p. m.
**Para:** Moyetones, Claudia C <Claudia.Moyetones@Chubb.com>, Cantillo, Hernan
<hjcantillo@chubb.com>
**CC:** Carabio, Maria Gabriela <mcarabio@chubb.com>, Jorge Proios <jorge@proios.com>
**Asunto:** Re: PROIOS - SECURITY BOND - USA

Estimada Claudia,

Según lo hablado envio ultimo balance.

Desde ya muchas gracias por tu atención.
Saludos

Saludo atte//Best Regards



Eva Proios
Operations Manager

Carlos Pellegrini 651 floor
7th. Buenos Aires (C1009AAH)
Argentina
Email: eva@proios.com
Tel: +549 11 57265031
WWW.PROIOS.COM

**De:** Moyetones, Claudia C <Claudia.Moyetones@Chubb.com>
**Fecha:** martes, 3 de diciembre de 2024, 12:54 p. m.
**Para:** Eva Proios <eva@proios.com>, Cantillo, Hernan <hjcantillo@chubb.com>
**CC:** Carabio, Maria Gabriela <mcarabio@chubb.com>, Jorge Proios <jorge@proios.com>
**Asunto:** RE: PROIOS - SECURITY BOND - USA

Eva, estuve llamando al teléfono de su firma, por favor me comenta cuando esté disponible para hablar.

Gracias.



**Claudia Moyetones**
Suscriptor, Caución

Av. Leandro N. Alem 855 Piso 4,
Ciudad Autónoma de Buenos Aires, Argentina – C1001AAD
Teléfono +54 9 11 4114 4000 Interno 1121
E: claudia.moyetones@chubb.com

**From:** Eva Proios <eva@proios.com>
**Sent:** martes, 3 de diciembre de 2024 12:20
**To:** Moyetones, Claudia C <Claudia.Moyetones@Chubb.com>; Cantillo, Hernan <hjcantillo@chubb.com>
**Cc:** Carabio, Maria Gabriela <mcarabio@chubb.com>; Jorge Proios <jorge@proios.com>
**Subject:** [EXTERNAL] Re: PROIOS - SECURITY BOND - USA

Claudia,

La empresa que esta solicitando esta en Argentina, misma que esta siendo demandada en USA. En Estados Unidos Proios no esta registrada como tal ni tiene propiedades para poder generarlo. Solo una cuenta bnacaria en el BNA de Miami que se usa poco y nada.

Es por ello, que solicitábamos hacer la misma via Argentina.

Aguardo tus comentarios.
Gracias!


Saludo atte//Best Regards



Eva Proios
Operations Manager

Carlos Pellegrini 651floor
7th. Buenos Aires (C1009AAH)
Argentina
Email: eva@proios.com
Tel: +549 11 57265031
WWW.PROIOS.COM


**De:** Moyetones, Claudia C <Claudia.Moyetones@Chubb.com>
**Fecha:** martes, 3 de diciembre de 2024, 12:00 p. m.
**Para:** Eva Proios <eva@proios.com>, Cantillo, Hernan <hjcantillo@chubb.com>
**CC:** Carabio, Maria Gabriela <mcarabio@chubb.com>, Jorge Proios <jorge@proios.com>
**Asunto:** RE: PROIOS - SECURITY BOND - USA

Hola Eva/Hernán buen día,

En ese caso tendrían que canalizarlo a través de Chubb USA, ya que las garantías deben emitirse en esa jurisdicción.

Saludos.



**Claudia Moyetones**
Suscriptor, Caución

Av. Leandro N. Alem 855 Piso 4,
Ciudad Autónoma de Buenos Aires, Argentina – C1001AAD
Teléfono +54 9 11 4114 4000 Interno 1121
E: claudia.moyetones@chubb.com

**From:** Eva Proios <eva@proios.com>
**Sent:** martes, 3 de diciembre de 2024 10:36
**To:** Cantillo, Hernan <hjcantillo@chubb.com>; Moyetones, Claudia C <Claudia.Moyetones@Chubb.com>
**Cc:** Carabio, Maria Gabriela <mcarabio@chubb.com>; Jorge Proios <jorge@proios.com>
**Subject:** [EXTERNAL] Re: PROIOS - SECURITY BOND - USA

Buenos dias Henan/Claudia,

 Un gusto saludarles.

Les adjunto el requerimiento del garnishment por parte de EN MAY LLC. Si bien el arbitraje es en Londres, ellos embargan la cuenta en la cual nosotros solicitamos que nos paguen.

La misma en un banco con sede en Miami y NY. Es por ello que piden el garnishment en ambos estados.

Cualquier cosa, estoy a disposicion.

Saludo atte//Best Regards



Eva Proios
Operations Manager

Carlos Pellegrini 651floor
7th. Buenos Aires (C1009AAH)
Argentina
Email: eva@proios.com
Tel: +549 11 57265031
WWW.PROIOS.COM

**De:** Cantillo, Hernan <hjcantillo@chubb.com>
**Fecha:** lunes, 2 de diciembre de 2024, 3:08 p. m.
**Para:** Moyetones, Claudia C <Claudia.Moyetones@Chubb.com>, Eva Proios <eva@proios.com>

**CC:** Carabio, Maria Gabriela <mcarabio@chubb.com>, Jorge Proios <jorge@proios.com>
**Asunto:** FW: PROIOS - SECURITY BOND - USA

Hola Claudia

Gracias por tu respuesta.

Eva: Tu puedes por favor contestar a la pregunta de Claudia?

Saludos,



**Hernan J. Cantillo**
LATAM Region P&C Risk Engineering Manager, Risk Engineering

9130 S. Dadeland Blvd. Suite 1100, Miami FL, 33156
O +1 (786) 646-0211    InNet 83050211    M +1 (786) 201-0168
E hjcantillo@chubb.com

**From:** Moyetones, Claudia C <Claudia.Moyetones@Chubb.com>
**Sent:** Monday, December 2, 2024 12:57 PM
**To:** Cantillo, Hernan <hjcantillo@chubb.com>
**Cc:** Carabio, Maria Gabriela <mcarabio@chubb.com>
**Subject:** FW: PROIOS - SECURITY BOND - USA

Hola estimado buenas tardes,
Según se desprende de la documentación adjunta, la disputa se hace bajo cláusula arbitral incluida en el contrato, siguiendo las leyes inglesas.
Por lo que sin una causa judicial de curso legal en nuestro país, nos dificulta la posibilidad de otorgar garantía alguna. Existe alguna orden judicial en Arg para el embargo?

Quedamos a disposición.
Saludos.

CHUBB®

**Claudia Moyetones**
Suscriptor, Caución

Av. Leandro N. Alem 855 Piso 4,
Ciudad Autónoma de Buenos Aires, Argentina – C1001AAD
Teléfono +54 9 11 4114 4000 Interno 1121
E: claudia.moyetones@chubb.com

**De:** Cantillo, Hernan <hjcantillo@chubb.com>
**Enviado el:** lunes, 2 de diciembre de 2024 11:38

**Para:** Schoen, Andres <aschoen@chubb.com>
**Asunto:** FW: PROIOS - SECURITY BOND - USA

Hola Andres

Espero que todo esté bien.

Esta es la empresa de un amigo y me ha pedido lo que indica abajo; me pregunta si es posible que Chubb Argentina le pueda emitir esa póliza.

Saludos,



**Hernan J. Cantillo**
LATAM Region P&C Risk Engineering Manager, Risk Engineering

9130 S. Dadeland Blvd. Suite 1100, Miami FL, 33156
O +1 (786) 646-0211   InNet 83050211   M +1 (786) 201-0168
E hjcantillo@chubb.com

**From:** Eva Proios <eva@proios.com>
**Sent:** Friday, November 29, 2024 3:31 PM
**To:** Cantillo, Hernan <hjcantillo@chubb.com>
**Cc:** Jorge Proios <jorge@proios.com>
**Subject:** [EXTERNAL] PROIOS - SECURITY BOND - USA

Hola Hernan! Como estas?
Un gusto saludarte nuevamente luego de tantos años y épocas distintas...

Según lo hablado con Jorge te envio un breve detalle en ingles de lo sucedido con el caso que tenemos en curso y para el cual necesitamos el security cost/bond para poder liberar el garnishment:

Qte

This is a repair that we carried out on a ship that collided with the Zarate Brazo Largo bridge at the beginning of this year. We carried out the repair with a BIMCO-type REPAIRCON contract for a certain amount of tns. Which ended up being almost an additional 40%, which clearly took longer than expected and was not finalized after 90 days as the original contract establish. The repairs were supposed to be 76 tns and ended up being 108 tns. We have been trying to negotiate the additional fees with the shipowner without success and at the moment we are in arbitration in London. They are demanding us for the additional expenses after day 90 and the penalty per day. Despite being carried out in the UK, the shipowner requested to ship an account from an agent company of ours abroad that was designated to collect according to the contract but it is not Proios S.A., to whom the demand is directed.
The shipowner carried out a garnishment against Proios but on the account of Axion Management Ship LLC. This was request it in Florida and NY (both places where the bank has offices). In NY it is already resolved but now they are requesting it for Florida.

Todays we received the actual status of the arbitration in London giving us the possibility of demand our matters in Argentina (attached).

We are looking at the case with our lawyers in the USA but in order to be able to release the accounts they ask us for a kind of "security cost"/Bond to release the founds.

Unqte

Te envio adjunto:
- copia de la resolución del juez: adjunto
- copia de la carátula del caso: adjunto
-resolucion del laudo en Londres el dia de hoy
- monto de la caución:  $1,844,426.98

 Espero haber sido lo mas clara posible brevemente del caso, cualquier duda estoy a disposicion.

Muchas gracias!

Saludo atte//Best Regards



Eva Proios
Operations Manager

Carlos Pellegrini 651floor
7th. Buenos Aires (C1009AAH)
Argentina
Email: eva@proios.com
Tel: +549 11 57265031
WWW.PROIOS.COM

**From:** Eva Proios <eva@proios.com>
**Sent:** Tuesday, December 3, 2024 11:42 AM
**To:** Tasca, Cecilia Magali <ceciliatasca@macro.com.ar>
**Cc:** Jorge Proios <jorge@proios.com>
**Subject:** CARTA DE GARANTIA

Estimada Cecilia,
Buenas tardes.

Según lo hablado con Jorge favor notar que te envio acorde:

**- de qué se trata el caso que hay que caucionar:**

Se trata de una reparación que llevamos a cabo de un barco que colisiono con el puente de Zarate Brazo Largo a principio de este año. La misma se llevo a cabo con un contrato REPAIRCON tipo de BIMCO por una cantidad determinada de tns. Las cuales terminaron siendo casi un 40% adicional, lo cual nos llevo mas tiempo del esperado y no se finalizo a los 90 dias como decía el contrato original que no contemplada las 40% adicionales que llevamos a cabo. Estuvimos tratando de negociar los adicionales con el armador sin éxito y en este momento estamos en arbitraje en Londres. Sin embargo de estar llevandose a cabo en UK el armador pidió embargar una cuenta de una empresa Agente nuestra en el exterior que era la designada para cobrar según contrato pero no es Proios S.A., a quien esta dirigido la demanda.

El armador llevo a cabo un garnishment contra Proios pero en la cuenta de Axion Management Ship LLC. Lo pidió en Florida y en NY (ambos lugares donde el banco tiene oficinas). En NY ya esta levantado pero ahora nos lo solicitan para Florida.

Estamos viendo el caso con nuestro abogados en USA pero a fin de poder liberar las cuentas nos solicitan una especie de "security cost"/Bond, lo que aca llamaríamos "garantía".

- copia de la resolución del juez: **adjunto**
- copia de la carátula del caso: **adjunto**
- monto de la caución: **$1,844,426.98**


 Espero haber sido lo mas clara posible brevemente del caso, cualquier duda estoy a disposicion.




Saludo atte//Best Regards



PROIOS S.A.

Eva Proios
Operations Manager

Carlos Pellegrini 651floor
7th. Buenos Aires (C1009AAH)
Argentina
Email: eva@proios.com
Tel: +549 11 57265031
WWW.PROIOS.COM



**From:** Eva Proios <eva@proios.com>
**Sent:** Tuesday, April 29, 2025 2:47 PM
**To:** Tasca, Cecilia Magali <ceciliatasca@macro.com.ar>
**Cc:** Jorge Proios <jorge@proios.com>; Contaduria - Proios <contaduria@proios.com>
**Subject:** NOTA ESTADOS UNIDOS

Cecilia buen dia, como estas?

Tal como te comente, tenemos un juicio internacional y nos piden hacer un "deposito judicial" de un total de 200.000,00 USD aprox.
Lo primero en consultarte es: podemos hacerlo?
Por otro lado, necesitamos una nota para presentar ante la corte a fin de explicar el porque no podemos hacer la transferencia sin pasar por el control del banco dado a las regulaciones del BCRA, dado que en EEUU no tienen estas regulaciones, debemos explicarles como asi también pedir prorroga acorde.

Te envio según lo hablado lo que necesitamos que nos envíen por parte del banco:

1.
    I am (officer / title) of (Name of Bank), which is the Argentina bank for Proios, S.A.

2. Proios, S.A. as an Argentina company, and the Bank, is subject to strict foreign exchange controls subject to Argentina law.

3. Because of those controls, the Bank has as of this date been unable to access for the purpose of deposit with the United States District Court.

4. The Bank continues to apply to the required Argentina authorities for permission to release the further deposit amount in United States Dollars, for deposit with the Court.

5. An additional 60 days minimum is required for this permission, although a longer time may be required depending on the decision of Argentina authorities.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ____ May [or April], 2025

Signature:
_____

Desde ya gracias y saludos.

Saludo atte//Best Regards



Eva Proios
Operations Manager

Carlos Pellegrini 651floor
7th. Buenos Aires (C1009AAH)
Argentina
Email: eva@proios.com
Tel: +549 11 57265031
WWW.PROIOS.COM

**From:** Lucibello, Federico <federicolucibello@macro.com.ar>
**Sent:** Monday, July 21, 2025 3:34 PM
**To:** Eva Proios <eva@proios.com>
**Cc:** Hernan Cirio <Hernan.Cirio@macrobma.com.ar>; Francisco J Venetucci <fjv@venetucci.net>
**Subject:** Re: PROIOS COMEX - LITIGIO

Hola Eva, buenas tardes, como estás?

Acorde a lo conversado te comento, que tal y como hablamos, no hay punto normativo específico dentro del texto ordenado de exterior y cambios que nos permita dar acceso a este tipo de pago. Te adjunto el mismo para que lo tengas presente.

Habiendo dicho esto, el mismo declara que todo acceso que no se encuentre normado bajo algún ítem del mismo, deberá contar con conformidad previa del BCRA para poder cursarse.

De desear avanzar con el requerimiento de consulta previa, avisame por esta vía y conversamos para ver la manera de instrumentarlo. El mismo tiene un costo de USD 250.- y con la presentación se otorgará un nro de expediente para el caso presentado a BCRA.
Notar que el BCRA no tiene un tiempo estipulado de respuesta de los expedientes por lo que no sabremos comunicate cuando se podría resolver el mismo.

Cualquier duda a disposición.

Saludos,


**Federico Lucibello**

**Comex**

**División AMBA**

Banco Macro SA
Av. Eduardo Madero 1172- Piso 20° - C.A.B.A
Tel. (11)-5222-0321- Cel 11-2585-8326


El lun, 21 jul 2025 a la(s) 12:49 p.m., Eva Proios (eva@proios.com) escribió:

> **ATENCIÓN:** ESTE MENSAJE HA LLEGADO DESDE INTERNET, NO HAGA CLIC EN LOS VÍNCULOS O ABRA ADJUNTOS, A MENOS QUE RECONOZCA AL REMITENTE, ESTÉ ESPERANDO EL CORREO Y CONSIDERE AL CONTENIDO COMO SEGURO.

Estimado Federico,

Buen dia! Ante todo, gracias por tu tiempo al teléfono.

Siguiendo con lo hablado, debemos llevar a cabo pago de un garnishment/ en Estados Unidos por 175.000,00 USD.

El mismo, por razones económicas no se esta pudiendo llevar a cabo, independientemente de ello, necesitamos demostrarle a la Corte en EEUU como seria la operatoria de la transferencia y todos los requerimientos que solicita a fin de poder demostrarle que no hay levantamiento del cepo para las empresas.

Te copio a continuación lo que nos solicitan nuestros abogados :

**[Confidential and Privileged – To/ from U.S. Counsel – Redacted]**

Desde ya, muchas gracias y saludos.

Saludo atte//Best Regards



```
          Eva Proios

     Operations Manager


 Carlos Pellegrini 651
floor 7th. Buenos Aires
  (C1009AAH) Argentina

 Email: ops@proios.com

 Tel: +549 11 57265031

   WWW.PROIOS.COM
```

**<u>Exhibit B – English Translation</u>**

**From:** Moyetones , Claudia C <Claudia.Moyetones@Chubb.com>
**Sent:** Wednesday, December 4, 2024 1:22 PM
**To:** Eva Proios <eva@proios.com>
**Cc:** Carabio , Maria Gabriela <mcarabio@chubb.com>; Jorge Proios <jorge@proios.com>;
Cantillo, Hernan <hjcantillo@chubb.com>
**Subject:** RE: PROIOS - SECURITY BOND - USA

No, not either :(



**Claudia Moyetones**
Subscriber, Caution

Av. Leandro N. Alem 855 Floor 4,
Autonomous City of Buenos Aires, Argentina – C1001AAD
Telephone +54 9 11 4114 4000 Extension 1121
E : claudia.moyetones@chubb.com

**From:** Eva Proios < eva@proios.com >
**Sent:** Wednesday , December 4 , 2024 2:04 PM
**To:** Moyetones , Claudia C < Claudia.Moyetones@Chubb.com >
**Cc:** Carabio , Maria Gabriela < mcarabio@chubb.com >; Jorge Proios < jorge@proios.com >;
Cantillo, Hernan < hjcantillo@chubb.com >
**Subject:** [EXTERNAL] Re: PROIOS - SECURITY BOND - USA

Good afternoon Claudia

They can't build it in the United States either?

thanks

--

```
Best Regards
Eva Proios
Operations Manager.

PROIOS SA
Carlos Pellegrini 651 floor 7
Buenos Aires (1009)
Argentina

Tel: + 54 11 4307-8799 ( rot .)
Fax: + 54 11 4300-5142
Cell: +54 911 5726-5031

Email: info@proios.com (General)
Email: eva@proios.com (Personal)
```

WWW.PROIOS.COM

---

**From :** Moyetones , Claudia C < Claudia.Moyetones@Chubb.com >
**Sent :** Wednesday , December 4, 2024 1:59:51 PM
**To :** Eva Proios < eva@proios.com >
**Cc:** Carabio , Maria Gabriela < mcarabio@chubb.com >; Jorge Proios < jorge@proios.com >;
Cantillo, Hernan < hjcantillo@chubb.com >
**Subject :** RE: PROIOS - SECURITY BOND - USA

Hello Eva, good afternoon,
Unfortunately, the news is not positive; it is not possible to issue counterguarantees in our country, precisely
because of the difficulty in transferring foreign currency, which we discussed yesterday.
Therefore, we will not be able to move forward with issuing any guarantees.

Greetings.



**Claudia Moyetones**
Subscriber, Caution

Av. Leandro N. Alem 855 Floor 4,
Autonomous City of Buenos Aires, Argentina – C1001AAD
Telephone +54 9 11 4114 4000 Extension 1121
E : claudia.moyetones@chubb.com

**From:** Eva Proios < eva@proios.com >
**Sent:** Wednesday , December 4, 2024 1:13 PM
**To:** Moyetones , Claudia C < Claudia.Moyetones@Chubb.com >; Cantillo, Hernan <
hjcantillo@chubb.com >
**Cc:** Carabio , Maria Gabriela < mcarabio@chubb.com >; Jorge Proios < jorge@proios.com >
**Subject:** [EXTERNAL] Re: PROIOS - SECURITY BOND - USA

Dear Monica, good morning .

Do you have any news about our case?
Thank you!

Greetings // Best Regards



|  | Eva Proios |
|---|---|
|  | Operations Manager |
|  | Carlos Pellegrini 651 , 7th floor, Buenos Aires (C1009AAH), Argentina |
|  | Email: eva@proios.com |
|  | Tel: +549 11 57265031 |
|  | WWW.PROIOS.COM |

**From:** Eva Proios < eva@proios.com >
**Date:** Tuesday, December 3, 2024, 3:46 AM p.m.
**To:** Moyetones , Claudia C < Claudia.Moyetones@Chubb.com >, Cantillo, Hernan < hjcantillo@chubb.com >
**CC:** Carabio , Maria Gabriela < mcarabio@chubb.com >, Jorge Proios < jorge@proios.com >
**Subject:** Re: PROIOS - SECURITY BOND - USA

Dear Claudia,

As discussed, shipping latest balance sheet.

Thank you very much for your attention.
Greetings

Greetings // Best Regards



|  | Eva Proios |
|---|---|
|  | Operations Manager |
|  | Carlos Pellegrini 651 , 7th floor, Buenos Aires (C1009AAH), Argentina |
|  | Email: eva@proios.com |
|  | Tel: +549 11 57265031 |
|  | WWW.PROIOS.COM |

**From:** Moyetones , Claudia C < Claudia.Moyetones@Chubb.com >
**Date:** Tuesday, December 3, 2024, 12:54 PM p.m.
**To:** Eva Proios < eva@proios.com >, Cantillo, Hernan < hjcantillo@chubb.com >
**CC:** Carabio , Maria Gabriela < mcarabio@chubb.com >, Jorge Proios < jorge@proios.com >
**Subject:** RE: PROIOS - SECURITY BOND - USA

Eva, I've been calling your company phone number. Please let me know when you're available to talk.

Thank you.



**Claudia Moyetones**
Subscriber, Caution

Av. Leandro N. Alem 855 Floor 4,
Autonomous City of Buenos Aires, Argentina – C1001AAD
Telephone +54 9 11 4114 4000 Extension 1121
E : claudia.moyetones@chubb.com

**From:** Eva Proios < eva@proios.com >
**Sent: Tuesday,** December 3 , 2024 12:20 PM
**To:** Moyetones , Claudia C < Claudia.Moyetones@Chubb.com >; Cantillo, Hernan <
hjcantillo@chubb.com >
**Cc:** Carabio , Maria Gabriela < mcarabio@chubb.com >; Jorge Proios < jorge@proios.com >
**Subject:** [EXTERNAL] Re: PROIOS - SECURITY BOND - USA

Claudia,

The company requesting this is in Argentina, and the same company is being sued in the US. It is n't
registered as such in the United States, nor does it have any property to generate it. It only has a bank
account at the BNA in Miami that is rarely used.

That is why we requested to do the same via Argentina.

I look forward to your comments.
Thank you!


Best regards // Best Regards



Eva Proios
Operations Manager

Carlos Pellegrini 651 , 7th
floor, Buenos Aires
(C1009AAH), Argentina
Email: eva@proios.com
Tel: +549 11 57265031
WWW.PROIOS.COM


**From:** Moyetones , Claudia C < Claudia.Moyetones@Chubb.com >
**Date:** Tuesday, December 3, 2024, 12:00 PM p.m.
**To:** Eva Proios < eva@proios.com >, Cantillo, Hernan < hjcantillo@chubb.com >
**CC:** Carabio , Maria Gabriela < mcarabio@chubb.com >, Jorge Proios < jorge@proios.com

>

**Subject:** RE: PROIOS - SECURITY BOND - USA

Hello Eva/Hernán, good day,
In that case, they would have to channel it through Chubb USA, since the guarantees must be issued in that jurisdiction.

Greetings.



**Claudia Moyetones**
Subscriber, Caution

Av. Leandro N. Alem 855 Floor 4,
Autonomous City of Buenos Aires, Argentina – C1001AAD
Telephone +54 9 11 4114 4000 Extension 1121
E : claudia.moyetones@chubb.com

**From:** Eva Proios < eva@proios.com >
**Sent: Tuesday,** December 3 , 2024 10:36 AM
**To:** Cantillo, Hernan < hjcantillo@chubb.com >; Moyetones , Claudia C < Claudia.Moyetones@Chubb.com >
**Cc:** Carabio , Maria Gabriela < mcarabio@chubb.com >; Jorge Proios < jorge@proios.com >
**Subject:** [EXTERNAL] Re: PROIOS - SECURITY BOND - USA

Good morning Henan/Claudia,

Nice to meet you.

garnishment request from EN MAY LLC. Although the arbitration is taking place in London, they're seizing the account we're requesting payment from.

The same applies to a bank based in Miami and New York. That's why they 're requesting the garnishment in both states.

Anything, I'm available .

Greetings // Best Regards



PROIOS S.A.

Eva Proios
Operations Manager

Carlos Pellegrini 651 , 7th floor, Buenos Aires (C1009AAH), Argentina
Email: eva@proios.com
Tel: +549 11 57265031
WWW.PROIOS.COM

**From:** Cantillo, Hernan < hjcantillo@chubb.com >
**Date:** Monday, December 2, 2024, 3:08 AM p.m.
**To:** Moyetones , Claudia C < Claudia.Moyetones@Chubb.com >, Eva Proios < eva@proios.com >
**CC:** Carabio , Maria Gabriela < mcarabio@chubb.com >, Jorge Proios < jorge@proios.com >
**Subject:** FW: PROIOS - SECURITY BOND - USA

Hello Claudia

Thank you for your reply.

Eva: Can you please answer Claudia's question?

Greetings,



**Hernan J. Cantillo**
LATAM Region P&C Risk Engineering Manager, Risk Engineering

9130 S. Dadeland Blvd. Suite 1100, Miami FL, 33156
O +1 (786) 646-0211 InNet 83050211 M +1 (786) 201-0168
E hjcantillo@chubb.com

**From:** Moyetones , Claudia C < Claudia.Moyetones@Chubb.com >
**Sent:** Monday, December 2, 2024 12:57 PM
**To:** Cantillo, Hernan < hjcantillo@chubb.com >
**Cc:** Carabio , Maria Gabriela < mcarabio@chubb.com >
**Subject:** FW: PROIOS - SECURITY BOND - USA

Hello dear, good afternoon,
According to the attached documentation, the dispute is being settled under an arbitration clause included in the contract, following English law.
Therefore , without a legally binding court case in our country, it makes it difficult for us to provide any guarantee. Is there a court order in Argentina for the seizure?

We remain at your disposal.
Greetings.

CHUBB®

**Claudia Moyetones**
Subscriber, Caution

Av. Leandro N. Alem 855 Floor 4,
Autonomous City of Buenos Aires, Argentina – C1001AAD

Telephone +54 9 11 4114 4000 Extension 1121
E : claudia.moyetones@chubb.com

**From:** Cantillo, Hernan < hjcantillo@chubb.com >
**Sent:** Monday, December 2, 2024 11:38 AM
**To:** Schoen , Andres < aschoen@chubb.com >
**Subject:** FW: PROIOS - SECURITY BOND - USA

Hello Andres

I hope everything is okay.

This is a friend's company, and they've asked me what I've indicated below. They're wondering if Chubb Argentina could issue them that policy.

Greetings,

**Hernan J. Cantillo**
LATAM Region P&C Risk Engineering Manager, Risk Engineering

9130 S. Dadeland Blvd. Suite 1100, Miami FL, 33156
O +1 (786) 646-0211 InNet 83050211 M +1 (786) 201-0168
E hjcantillo@chubb.com

**From:** Eva Proios < eva@proios.com >
**Sent:** Friday, November 29, 2024 3:31 PM
**To:** Cantillo, Hernan < hjcantillo@chubb.com >
**Cc:** Jorge Proios < jorge@proios.com >
**Subject:** [EXTERNAL] PROIOS - SECURITY BOND - USA

Hello Hernan ! How are you?
It's a pleasure to greet you again after so many years and different times...

As discussed with Jorge, I am sending you a brief detail in English of what happened with the case we have in progress and for which we need the security. cost /bond to release the garnishment :

Qte

This is a repair that we carried out on a ship that collided with the Zarate Brazo Largo bridge at the beginning of this year. We carried out the repair with a BIMCO-type REPAIRCON contract for a certain amount of tns . Which ended up being almost an additional 40%, which clearly took longer than expected and was not finalized after 90 days as the original contract establish . The repairs were supposed to be 76 tns and ended up being 108 tns . We have been trying to negotiate the additional fees with the shipowner without success and at the moment we are in arbitration in London. They are demanding us for the additional expenses after day 90 and the penalty per day. Despite being carried out in the UK, the shipowner requested to send an account from an agent company of ours abroad that

was designated to collect according to the contract but it is not Proios SA, to whom the demand is directed.

The shipowner carried out a garnishment against Proios but on the account of Axion Management Ship LLC. This was request it in Florida and NY (both places where the bank has offices). In NY it is already resolved but now they are requesting it for Florida.

Todays we received the current status of the arbitration in London giving us the possibility of demand our matters in Argentina (attached).

We are looking at the case with our lawyers in the USA but in order to be able to release the accounts they ask us for a kind of "security cost"/Bond to release the founds.

Unqte

am sending you attached:
- copy of the judge's decision: attached
- copy of the case cover: attached
- resolution of the award in London today
- bail amount: $1,844,426.98

I hope I have been as clear as possible about the case briefly, if you have any questions I am available .

Thank you so much!

Greetings // Best Regards



Eva Proios
Operations Manager

Carlos Pellegrini 651 , 7th floor, Buenos Aires (C1009AAH), Argentina
Email: eva@proios.com
Tel: +549 11 57265031
WWW.PROIOS.COM

**From:** Eva Proios <eva@proios.com>
**Sent:** Tuesday, December 3, 2024 11:42 AM
**To:** Tasca, Cecilia Magali <ceciliatasca@macro.com.ar>
**Cc:** Jorge Proios <jorge@proios.com>
**Subject:** LETTER OF GUARANTEE

Dear Cecilia,
Good afternoon.

As discussed with Jorge, please note that I am sending you the following:

**- what the case is about that needs to be secured:**
This is a repair we carried out on a ship that collided with the Zarate Brazo Largo Bridge earlier this year. It was carried out under a BIMCO REPAIRCON contract for a specified number of tons . This ended up being almost 40% more, which led us to... The contract took longer than expected, and it wasn't finalized within 90 days as stated in the original contract, which didn't include the additional 40% we applied. We tried unsuccessfully to negotiate the additional amounts with the shipowner, and we're currently in arbitration in London. Although the arbitration is being carried out in the UK, the shipowner requested a seizure of an account held by an agent company of ours abroad. This company was designated to collect according to the contract , but it's not Proios SA, to whom the claim is addressed.
The shipowner filed a garnishment against Proios , but on the account of Axion Management Ship LLC. He filed it in Florida and New York (both locations where the bank has offices). It's already in New York. lifted but now they are requesting it for Florida.
We are reviewing the case with our lawyers in the USA but in order to release the accounts they are requesting a kind of " security cost "/ Bond, what we would call "guarantee" here .

- copy of the judge's decision: **attached**
- copy of the case cover: **attached**
- bail amount: **$1,844,426.98**


I hope I have been as clear as possible about the case briefly, if you have any questions I am available .




Greetings // Best Regards



PROIOS S.A.

Eva Proios
Operations Manager

Carlos Pellegrini 651 , 7th floor, Buenos Aires (C1009AAH), Argentina
Email : eva@proios.com
Tel: +549 11 57265031
WWW.PROIOS.COM




**From:** Eva Proios <eva@proios.com>
**Sent:** Tuesday, April 29, 2025 2:47 PM
**To:** Tasca, Cecilia Magali <ceciliatasca@macro.com.ar>

**Cc:** Jorge Proios <jorge@proios.com>; Contaduria - Proios <contaduria@proios.com>
**Subject:** UNITED STATES NOTE

Cecilia, good morning , how are you?

As I told you , we have an international trial and we are asked to make a "judicial deposit" of approximately USD 200,000.00.
The first thing to ask you is: can we do it?
On the other hand, we need a note to present to the court to explain why we cannot make the transfer without going through the bank's control due to BCRA regulations. Given that the US doesn't have these regulations, we must explain how to do so , as well as request an appropriate extension.

I am sending you, as discussed, what we need the bank to send us:

1. I am ( officer / title ) of ( Name of Bank), which es the Argentina bank for Proios, SA

2. Proios, SA as an Argentina company , and the Bank, is subject to strict foreign exchange controls subject to Argentina law .

3. Because of those controls , the Bank has as of this date been unable to access for the purpose of deposit with the United States District Court .

4. The Bank continues to apply to the required Argentina authorities for permission to release the further deposit amount in United States Dollars , for deposit with the Court .

5. An additional 60 days minimum es required for this permission , although a longer time may be required depending on the decision of Argentina authorities .

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

Executed on ____ May [ or April], 2025

Signature :
_____

Thank you in advance and best regards.

Greetings // Best Regards



Eva Proios
Operations Manager

Carlos Pellegrini 651 , 7th
floor, Buenos Aires
(C1009AAH), Argentina
Email : eva@proios.com
Tel: +549 11 57265031
WWW.PROIOS.COM

**PROIOS S.A.**

---

**From:** Lucibello, Federico <federicolucibello@macro.com.ar>
**Sent:** Monday, July 21, 2025 3:34 PM
**To:** Eva Proios <eva@proios.com>
**Cc:** Hernan Cirio <Hernan.Cirio@macrobma.com.ar>; Francisco J Venetucci <fjv@venetucci.net>
**Subject:** Re: PROIOS COMEX - LITIGATION

Hello Eva, good morning afternoons , like are ?

According to what was discussed tea I comment , that as We speak , there is no normative point specific within the text ordered from the outside and changes that we allow give access to this type of payment . You attach he same so you have it present .

Having said that this , the same declares that everything access not found regulated under some item of the same , must have prior approval from the BCRA in order to be able to to be taken .

To be desired move forward with it prior consultation requirement , let me know by this way and we talked to see how to implement it . The same It has a cost of USD 250.- and upon presentation a file number will be given for the case presented to BCRA.
Note that the BCRA does not have a time limit. stipulated response of the files so we will not know communicate when it could be resolved same .

Any doubt at disposal .

Greetings ,


**Federico Lucibello**

**Comex**

**AMBA Division**

Banco Macro SA
Av. Eduardo Madero 1172 - 20th Floor - CA BA
Tel. (11)-5222-0321 - Cel 11-2585-8326

On Mon , Jul 21 , 2025 at 12:49 PM pm, Eva Proios ( eva@proios.com ) wrote :

> **ATTENTION:** THIS MESSAGE HAS COME FROM THE INTERNET. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS UNLESS YOU RECOGNIZE THE SENDER, ARE EXPECTING THE EMAIL, AND CONSIDER THE CONTENT TO BE SAFE.

Dear Federico,

Good morning ! First of all, thank you for your time on the phone.

Continuing with what was discussed, we must make payment of a garnishment / in the United States for 175,000.00 USD.

For economic reasons, this cannot be carried out. Regardless, we need to demonstrate to the US court how the transfer would work and all the requirements it requests in order to demonstrate that the restrictions on companies have not been lifted.

I copy below what our lawyers ask us:

**[Confidential and Privileged – To/ from US Counsel – Redacted]**

Thank you very much in advance and best regards.

Greetings , sincerely, Best Regards

Eva Proios

Operations Manager



Carlos Pellegrini 651, 7th floor, Buenos Aires (C1009AAH), Argentina

Email: ops@proios.com

Tel: +549 11 57265031

WWW.PROIOS.COM