UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

Miami Division

EN MAY MARITIME LLC,

                              Plaintiff,

        - against -

PROIOS S.A.,

                              Defendant.

Case No. 24-cv-23417-RKA

**DECLARATION OF YAAKOV U. ADLER IN SUPPORT OF MOTION FOR
RECONSIDERATION OF ORDER GRANTING EXTENSION OF TIME**

I, Yaakov U. Adler, declare under penalty of perjury that the following is true and correct:

1.      I am a partner in the law firm of Freehill Hogan & Mahar LLP, counsel for Plaintiff,
En May Maritime LLC ("En May"). I am admitted to practice before this Court *pro hac vice*.

2.      I am fully familiar with the facts and circumstances herein and submit this
declaration to introduce the below-listed exhibit referenced in En May's Motion for
Reconsideration of the Court's Order granting a third extension of time within which to deposit
funds into the Court's registry.

| Exhibit No. | Description |
|---|---|
| A | Interaudi Bank's Rule B Interrogatory Responses dated October 4, 2024. |
| B | Printout of Axion's prior website taken from the internet archive The Wayback Machine. |
| C | Documents Produced by Interaudi Bank on February 23, 2025. |
| D | Email exchanges between counsel relative to this dispute. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        August 11, 2025

/s/ *Yaakov U. Adler*

_____

Yaakov U. Adler

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
EN MAY MARITIME LLC,

                Plaintiff,

            -against-                    Case No. 24-cv-6738

PROIOS S.A.,

                Defendant.
-------------------------------------------------------------------x

## INTERAUDI BANK'S RESPONSES TO
## PLAINTIFF'S INTERROGATORIES

Interaudi Bank ("Interaudi") provides the following responses to the Interrogatories served by Plaintiff En May Maritime LLC pursuant to the above-captioned matter.


STATE OF NEW YORK

COUNTY OF NEW YORK_____


Robert H. McNamara, being sworn deposes and says; that deponent is the recipient of interrogatories herein and of the original and a copy of questions accompanying said interrogatories. The answers set forth are made from information obtained from records and/or personal knowledge of the recipient.

1. *Identify any and all accounts of any type held at Garnishee bank in the name of Defendant "Proios S.A." ("Proios") or in the name of "Axion Management Ship LLC" ("Axion") including but not limited to an account bearing Account Number 643973-401-01. For any and all accounts identified, state:*

    a. *The account number(s);*
    b. *The account type(s);*
    c. *The name(s) of all account holders or signatories for each of the account(s) and their contact information;*
    d. *The name(s) of the signatory(ies) to the account opening application(s);*
    e. *The name(s) of any individuals or entities authorized to access or transact on each of the account(s);*
    f. *The date of the opening of the account(s) and, if applicable, the date of the closing of the account(s);*

      *g. **The current status of the accounts, including but not limited to whether it is active, frozen, or closed;***

      *h. **The current balance for each of the account(s); and***

      *i. **The location of the account( s ).***

Interaudi identified two such accounts:

1. Account number 713842 in the name of Proios S.A.
   - Account type: Commercial Checking Account
   - Account holders & signatories: Jorge Proios, Andrea Alejandra Guedella
   - Account holder contact information: (54) 11-4796-5035 (home), (54) 911-5226-4745 (cell), (54) 11-4307-8799 (business), (54) 11-4300-5142 (fax), jorge.proios@proios.com (email).
     - Updated information: (54) 911-3304-2528 (Jorge Proiois), (54) 911-3304-2529 (Andrea Guedella), socios@proios.com (email).
   - Authorized transactors: the above-listed account holders
   - Date opened: July 30, 2004
   - Date closed: May 28, 2017
   - Status: closed
   - Current balance: $0.00
   - Account location: Interaudi Bank

2. Account number 643973 in the name of Axion Management Ship LLC
   - Account types: Commercial Checking Account – U.S. dollar (no. 643973/401/001/006/01), Sterling Pound (no. 643973/401/002/006/01), and Euro (643973/401/099/006/01)
   - Account holders & signatories: Jorge Proios
   - Account holder contact information: (54) 11-4204-8499 (business), (54) 911-5504-2528 (cell), (54) 11-4300-5142 (fax), jorge@proios.com (email).
   - Authorized transactors: the above-listed account holder
   - Date opened: August 9, 2014
   - Date closed: Account remains open, with its balance frozen.
   - Status: open
   - Current balance: USD: $0.00 (with $1,285,447.77 restrained in a separate time deposit account (account number 643973/401/001/006/01); Euro: EUR 0.00; Sterling Pound: GBP 0.00 (with existing balance of GBP 200 transferred to the restrained time deposit account)
   - Account location: Interaudi Bank

2. *For each account identified in response to Interrogatory 1, above, provide a detailed transaction history of all deposits, withdrawals, wire transfers, and other transactions for each account in the sixty ( 60) days preceding the date of service of these Interrogatories and any memoranda or notations associated with these transactions.*

Please see Appendix A to this response, which summarizes transactions in the Axion account in the sixty days prior to service of these interrogatories. The Proios account is closed and had no activity in that time period.

3. *Provide details of any transfers of funds between accounts held by Axion and accounts held by Proios, including dates, amounts, and originating and receiving accounts.*

Please see Appendix B to this response, which summarizes transactions between Proios and the above-referenced Axion U.S. dollar account. Please note that transaction data prior to 2017 is not available.

4. *Identify any loans, credit lines, or other liabilities extended to Proios or Axion by Garnishee, including the terms, current balances, and payment histories.*

Interaudi identified no such loans, credit lines, or other liabilities.

5. *State whether Axion or Proios had access to online banking for any of the accounts identified and, if so, the dates and nature of such access for each account.*

The above-referenced Proios account had online banking access beginning on September 23, 2004 and continuing through the closing of the account. Interaudi has not identified a precise date at which the Axion account supported online banking, but confirms that its client had online access to the account.

6. *State whether the holder of any account(s) identified acts as an agent, trustee, or fiduciary for Proios, and if so, describe the nature and scope of that relationship, including the authority granted to the account holder(s) to handle funds on behalf of Proios.*

The same individual, Jorge Proios, is a signatory on both identified accounts. Interaudi does not possess any additional information regarding such relationships, however.

7. *Identify any contracts, agreements, or other legal instruments that establish the holder of any account(s) identified as having any authority to handle funds on behalf of Proios, including the dates of these agreements and the terms related to financial control or transactions.*

Interaudi does not possess any such contracts, agreements, or instruments.

8. *Provide details of any written or verbal instructions received by the holder of any account(s) identified regarding the handling or transfer of funds, including the dates and content of such instructions.*

   Interaudi does not possess any such details.

9. *State whether funds belonging to the holder of any account(s) identified have been commingled with funds belonging to Proios, and if so, provide details regarding the amount, nature, and purpose of any commingling.*

   Interaudi does not possess information sufficient to identify the funds currently held in the Axion account as "belonging to" Proios, but refers to its response to Interrogatory No. 3, above.

10. *Identify any communications between the holder of any account(s) identified and Proios or Axion concerning the accounts, transactions, or funds held by the holder of any account(s) identified, including the dates and content of such communications.*

    Interaudi does not possess communications between the account holders of the above-referenced accounts and Proios or Axion.

11. *With respect to any accounts/funds/assets that have been identified in response to the Interrogatories above, state what steps Garnishee has taken in connection with the subject attachment, including an outline of whether any accounts/funds/assets referred to in Interrogatories 1-10 above have been set aside and/or otherwise restrained, into what account they have been placed and the amount in that account which the Garnishee is holding subject to the attachment in this or any other action involving Defendant Proios or Axion. If any such assets have been transferred from the Garnishee's custody or control, provide date, amount and transfer details.*

    Interaudi has segregated and restrained the funds held in the Axion Management Ship LLC U.S. dollar account (account number 643973/401/001/006/01) in a separate Time Deposit account (account number 643973/414/001/006/01). The frozen funds currently total $1,285,447.77. Interaudi continues to segregate and restrain all additional incoming funds to the account.

Name: Robert H. McNamara

Title: First Vice President

Sworn to before me on this 4th day of October, 2024

Notary Public

RICHARD N. PAGNOTTA
NOTARY PUBLIC, State of New York
No. 01PA6061895
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires July 23, 20__

**Appendix A: Transactions in the Sixty Days Prior to Service on September 12, 2024**

| Date | Description | Outgoing Amount | Incoming Amount | Wire Memorandum |
|---|---|---|---|---|
| 07/16/2024 | 07160491 ORG=NEWPORT SA | | 10,950.00 | /Uri/Cash To Master |
| 07/16/2024 | INCOMING WIRE FEE | $10.00 | | |
| 07/17/2024 | ISTION YATCHING S.A. | $10,793.34 | | /Rfb/Inv 244825 |
| 07/17/2024 | WIRE FEE ISTION YATCHING S.A. | $50.00 | | |
| 07/18/2024 | 07180403 ORG=DREAM NAVIGATION S A | | 6,295.00 | Inv 00003-00003015 Inv On Account PMnt |
| 07/18/2024 | INCOMING WIRE FEE | 10.00 | | |
| 07/19/2024 | LIAONING SINCERE CARBON NEW MATERIA | 50,000.00 | | |
| 07/19/2024 | WIRE FEE LIAONING SINCERE CARBON NE | 50.00 | | |
| 07/19/2024 | KATRADIS SA | 15,470.00 | | /Rfb/Invoice 45094 |
| 07/19/2024 | WIRE FEE KATRADIS SA | 50.00 | | |
| 07/23/2024 | 07222575 ORG=LOG-IN-LOGISTICA INTERM | | 13,116.00 | Inv 00004-000057 |
| 07/23/2024 | INCOMING WIRE FEE | 10.00 | | |
| 07/24/2024 | CHAKAL DEVELOPMENT GROUP INC. | $80,000.00 | | |
| 07/24/2024 | WIRE FEE CHAKAL DEVELOPMENT GROUP I | 35.00 | | |
| 07/24/2024 | 07240565 ORG=ENDEAVOUR PARTNERS UNIP | | 18,686.53 | Invoice # 00003-00001846 |
| 07/24/2024 | INCOMING WIRE FEE | 10.00 | | |
| 07/25/2024 | 07250429 ORG=UNICLEAN CHEMICAL + GAS | | 763.50 | Fifty Percent Of Os243469 |
| 07/25/2024 | INCOMING WIRE FEE | 10.00 | | |
| 07/30/2024 | ACH AMEX EPAYMENT | 17,826.43 | | |
| 07/30/2024 | JORGE PROIOS | 5,475.00 | | |
| 07/30/2024 | WIRE FEE JORGE PROIOS | 50.00 | | |
| 07/31/2024 | 07310861 ORG=OCEANWAY S.A. | | 1,107.00 | Ipanema Beach |
| 07/31/2024 | INCOMING WIRE FEE | 10.00 | | |
| 07/31/2024 | AEGEAN BALTIC BANK S.A. | 3,147.50 | | |
| 07/31/2024 | WIRE FEE AEGEAN BALTIC BANK S.A. | 50.00 | | |
| 08/02/2024 | INVESTIGATION FEE AEGEAN BALTIC BAN | 35.00 | | |
| 08/06/2024 | 08060080 ORG=UNICLEAN CHEMICAL + GAS | | 992.50 | Remaining Of Os241935 |
| 08/06/2024 | INCOMING WIRE FEE | 10.00 | | |
| 08/06/2024 | CHAKAL DEVELOPMENT GROUP INC. | 135,000.00 | | |

| Date | Description | Outgoing Amount | Incoming Amount | Wire Memorandum |
|------|-------------|-----------------|-----------------|-----------------|
| 08/06/2024 | WIRE FEE CHAKAL DEVELOPMENT GROUP I | 35.00 | | |
| 08/07/2024 | 08070303 ORG=UNICLEAN CHEMICAL + GAS | | 1,041.00 | Os243647 |
| 08/07/2024 | INCOMING WIRE FEE | 10.00 | | |
| 08/08/2024 | 08080372 ORG=MCMG WORLDWIDE LIMITED | | 20,553.60 | Inv Till 30-06-2024 |
| 08/08/2024 | INCOMING WIRE FEE | 10.00 | | |
| 08/14/2024 | 08140395 ORG=ANGLO-EASTERN CRUISE MA | | 2,595.95 | Invoice No. 00003-00001884 |
| 08/14/2024 | INCOMING WIRE FEE | 10.00 | | |
| 08/16/2024 | 08160693 ORG=FOREMOST MARITIME COMPA | | 798,311.47 | 00003-00002688 |
| 08/16/2024 | INCOMING WIRE FEE | 10.00 | | |
| 08/20/2024 | PURSUITING INTERNATIONAL HK LIMITED | 5,000.00 | | |
| 08/20/2024 | WIRE FEE PURSUITING INTERNATIONAL H | 50.00 | | |
| 08/21/2024 | 08210113 ORG=JEBSEN PTC INC | | 29,254.65 | Cash To Master For Bright Falcon Imo No: 9839052 Flag Marshall Islands |
| 08/21/2024 | INCOMING WIRE FEE | 10.00 | | |
| 08/22/2024 | DELKER INC. | 242,500.00 | | |
| 08/22/2024 | WIRE FEE DELKER INC. | 35.00 | | |
| 08/23/2024 | 08222027 ORG=LINARIOS S.A. | | 29,950.00 | Invoice 03 002988 |
| 08/23/2024 | INCOMING WIRE FEE | 10.00 | | |
| 08/28/2024 | APEROL LLC | 153,500.00 | | |
| 08/28/2024 | WIRE FEE APEROL LLC | 35.00 | | |
| 08/29/2024 | ASIAN STAR(HONGKONG)INTERNATIONAL C | 35,557.00 | | |
| 08/29/2024 | WIRE FEE ASIAN STAR(HONGKONG)INTERN | 50.00 | | |
| 08/30/2024 | ACH AMEX EPAYMENT | 7,140.23 | | |

**Appendix B**

**Transfers involving Proios S.A. into and out of the Axion Management Ship LLC account (No. 643973)**

| Date | Description | Outgoing Amount | Incoming Amount |
|---|---|---|---|
| 01/05/2017 | PS1701057205827 Proios S.A. | | 60,000.00 |
| 01/11/2017 | PS1701117239649 Proios S.A. | | 54,000.00 |
| 01/17/2017 | PROIOS S.A.- PAGO A PROVEEDORES | 96,700.00 | |
| 01/23/2017 | PS1701237301562 Proios S.A. | | 278,000.00 |
| 01/23/2017 | PROIOS S.A.- PAGO A PROVEEDORES | 187,300.00 | |
| 01/26/2017 | Proios S.A. | | 60,000.00 |
| 03/15/2017 | ORG=PROIOS S.A. | | 160,000.00 |
| 03/15/2017 | PROIOS S.A.- PAGO A PROVEEDORES | 54,990.00 | |
| 03/17/2017 | ORG=PROIOS S.A. | | 60,000.00 |
| 05/11/2017 | ORG=PROIOS SALVAGE S.A. | | 26,742.71 |
| 05/25/2017 | ORG=PROIOS S.A. | | 283,397.15 |
| 06/23/2017 | PROIOS S.A.- PAGO A PROVEEDORES | 57,500.00 | |
| 07/18/2017 | PROIOS S.A.- PAGO A PROVEEDORES | 48,248.20 | |
| 07/18/2017 | PROIOS S.A.- PAGO A PROVEEDORES | 18,540.00 | |
| 08/18/2017 | PROIOS S.A.- PAGO A PROVEEDORE000130 | 67,300.00 | |
| 11/30/2017 | PROIOS S.A.- PAGO A PROVEEDORES | 36,400.00 | |
| 12/12/2017 | PROIOS S.A.- PAGO A PROVEEDORES | 38,144.00 | |
| 07/20/2018 | PROIOS S.A.- PAGO A PROVEEDORES | 32,430.00 | |
| 08/07/2018 | PROIOS S.A.- PAGO A PROVEEDORES | 21,300.00 | |
| 08/28/2018 | PROIOS S.A.- PAGO A PROVEEDORES | 16,300.00 | |
| 09/11/2018 | PROIOS S.A.- PAGO A PROVEEDORES | 12,300.00 | |
| 05/22/2019 | 05221028 ORG=PROIOS SA | | 13,489.00 |

# EXHIBIT "B"

7/24/25, 8:55 AM                           Axión Management Ship LLC- Marine Services - About us

The Wayback Machine - https://web.archive.org/web/20211216140054/http://axionmanagement.us/ac...



December 16, 202...

HOME          SERVICES          ABOUT US

CONTACT US

# About Us

Axión Management Ship LLC was established in year 2013. We provide global marine services to ship owners and managers, including ship repairs, conversion and new building. We also supply marine general stores and spare parts.

Axión Management Ship LLC head office is based in Dover, Delaware, USA.

## Our Mission

In this highly competing environment, companies can succeed only if they give customers prompt services. We maintain our good reputation by providing optimal service to our customers from time to time. This philosophy permeates our entire company.

"Axión Management Ship LLC" is proud of itself in TOTAL quality services.

## Our Values

Excellence - We constantly pursue excellence and quality through teamwork, continuous improvement, customer satisfaction, innovation and education.

Compassion - People are the source of our strength and the focus of our mission. We serve our all customers with compassion and dignity.

Integrity - We conduct our work with integrity, honesty, and fairness. We meet the ethical and professional standards.

Respect - We respect the worth, quality, diversity, and importance of each person who work or is served by Axión Management Ship LLC.

Responsibility - We take responsibility for our actions and hold ourselves accountable for the results and outcomes, to satisfy with customers needs.

Trust - We serve and build trust and confidence in our ability to anticipate and respond to customer needs.

Home          Services          About us          Contact us

Dover, Delaware. USA - URL: www.axionmanagement.us
© 2021, Axión Management Ship LLC

# EXHIBIT "C"

Docusign Envelope ID: 102EA464-CD76-4974-8689-974E8F8EAFAD

 INTERAUDI | BANK

ACCOUNT OPENING FORM
BUSINESS ACCOUNT

**Business Name (Account Name)**
Axion Ship Management LLC

Account Number  (Bank use only)

| 7 | 5 | 0 | 0 | 1 | 5 |
|---|---|---|---|---|---|

## AUTHORIZED SIGNATORIES

**Authorized Signatories.** Enter full name of each signer. Signatories will be required to complete a Signature Card Form.

Signatory 1: Jorge Proios

Signatory 2: Eva Proios

Signatory 3: _____

Signatory 4: _____

Signatory 5: _____

Signatory 6: _____

Signatory 7: _____

Signatory 8: _____

**Signing Authority.** Signatories and their signing authorities must also coincide with Resolutions of Authority Form.

[X] All Sign Singly (Unlimited Amounts)  [ ] Special Signing Conditions (Please specify below)

## TAX INFORMATION

| Domicile | Place of Formation | Date of Formation | Doing Business As (DBA)/Assumed Name/Trade Name (If Applicable) |
|---|---|---|---|
| [ ] Domestic (US)  [X] Foreign | Belize | 10/07/2024 | |

Is the business opening an account a disregarded entity?  [X] No  [ ] Yes
If Yes, enter name of entity/individual the business is taxed through and provide separate Form W-8 or W-9: _____

**DOMESTIC BUSINESSES ONLY:** Check appropriate box for federal Tax Classification.

[ ] C Corporation    [ ] S Corporation    [ ] Partnership    [ ] Trust/Estate    [ ] Sole Proprietorship

[ ] Single-Member LLC
  A  [ ] Taxed to entity/individual (SMLLC is a disregarded entity)
  B  [ ] Taxed to SMLLC. Enter LLC Tax Classification: _____ (C= C Corporation, S= S Corporation, P=Partnership)

[ ] Limited Liability Company. Enter LLC Tax Classification: _____ (C= C Corporation, S= S Corporation, P=Partnership)

**Employer Identification Number (EIN)** _____

## ADDRESS & CORRESPONDENCE

| **Physical Office/Operating Address** *If entity does not have an office, provide address where business is being conducted. This may be the home address of a control person or beneficial owner for certain entities (e.g., holding companies or sole-proprietorships).* | **Registered Address for Tax Purposes in Place of Incorporation** *Enter only if different than Physical Office/Operating Address.* |
|---|---|
| Guillermo Rawson 2962 | 3 1/2 miles Philip S.W. Goldson Highway |
| Street Address, Suite or Apartment. | Street Address, Suite or Apartment. |
| Buenos Aires 1636 Argentina | Belize City, Belize |
| City or town, state or province. Enter postal code where appropriate.          Country | City or town, state or province. Enter postal code where appropriate.          Country |

| **Mailing (Postal) Address** | **Statement Delivery** |
|---|---|
| [X] Physical Address   [ ] Registered Address   [ ] Other (enter address below) | [X] Enroll this account in Paperless Statements 🌿 |
| | |
| Street Address, Suite or Apartment. | [ ] Do NOT enroll in Paperless Statements. Paper statements will be mailed to the Mailing (Postal) Address. |
| City or town, state or province. Enter postal code where appropriate.          Country | |

April 6, 2022 | Interaudi Bank | 19 East 54th Street, New York, NY 10022 | Tel: 212 833 1000 | Fax: 212 833 1033 | www.interaudibank.com | Member FDIC

INTERAUDI_000001

Docusign Envelope ID: 102EA464-CD76-4974-8689-974E8F8EAFAD

ANTICIPATED ACCOUNT ACTIVITY & NATURE OF BUSINESS

**Business Financials**

| Total Assets: | Net Worth: | Gross Annual Income: | Projected Annual Income: |
|---|---|---|---|
| ☐ Less than $1 million | ☐ Less than $1 million | ☒ Less than $500,000 | ☐ Less than $500,000 |
| ☒ $1million - $5 million | ☒ $1 million - $5 million | ☒ $500,000 - $3 million | ☒ $500,000 - $3 million |
| ☐ $5 million - $25 million | ☐ $5 million - $25 million | ☐ $3 million - $10 million | ☐ $3 million - $10 million |
| ☐ More than $25 million | ☐ More than $25 million | ☐ More than $10 million | ☐ More than $10 million |

**Nature of Business:** Please provide details on the industry, type of business, and its operations. Please be specific.

Maritime Services

_____

**Anticipated Account Activity:** How will this account be used? What type of business account activity can we expect? Please be specific.

Daily

_____

**Anticipated Account Size**

☐ $2,500 - $100,000     ☐ $100,000 - $500,000     ☒ $500,0000 - $1 million     ☐ $1million - $5 million     ☐ $5 million +

**Anticipated Monthly Activities**

| Number of Monthly Transactions: | Total Value of Credits Monthly: | Total Value of Debits Monthly: |
|---|---|---|
| ☒ Up to 5 | ☐ Up to $10,000 | ☐ Up to $10,000 |
| ☐ More than 5, less than 50 | ☒ More than $10,000, less than $100,000 | ☒ More than $10,000, less than $100,000 |
| ☐ More than 50 | ☐ More than $100,000 | ☐ More than $100,000 |

**Cash Transactions**

*A cash intensive business is one that receives significant revenue in cash &/or pays for wages or services in cash.  Generally, a cash intensive business will be making routine cash deposits and/or cash withdrawals.*

Is this business cash intensive?     ☒ No     ☐ Yes

If Yes, please complete questionnaire below:

What is the estimated average amount of each cash transaction?

☐ Less than $1,000     ☐ Between $1,000 - $10,000     ☐ $10,000 or more

Describe source of cash and reason for cash deposits and/or withdrawals as it relates to the business and industry. Please be specific.

_____
_____

**Cross-Border Transfers**

Do you anticipate incoming/outgoing cross-border transfers?     ☒ No     ☐ Yes

If Yes, please complete below:

**Incoming Cross-Border Transfers:**
Please list the countries from which you anticipate receiving transfers. Please also explain the reason or relationship with the originators in each country and the approximate USD equivalent of each transfer.  *For example: If your business exports to China, you would indicate below Originating Country: China, we are a supplier of goods to many companies in China (shoes and clothing), invoices are estimated to be usually around $100,000.*

| Originating Country | Business' Relationship to Originators in Country/Reasons for Transfers | Approximate Transfer Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Outgoing Cross-Border Transfers:**
Please list the countries to which you anticipate sending transfers. Please also explain the reason or relationship with the beneficiaries in each country and the approximate USD equivalent of each transfer.  *For example: If a majority of your business' shareholders are in France and you anticipate sending routine wires, you would indicate below Originating Country: France, French shareholders/paying dividends, dividend payments vary $20,000-$80,000.*

| Receiving Country | Business' Relationship to Beneficiaries in Country/Reasons for Transfers | Approximate Transfer Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

INTERAUDI_000002

Docusign Envelope ID: 102EA464-CD76-4974-8689-974E8F8EAFAD

## CARDS & PRODUCTS

If you are interested in any of the below products or cards offered to our commercial clients, please select below and your Relationship Manager will provide you with any additional forms as necessary. *Additional charges may apply.*

☐ **Remote Deposit Capture.** Enables electronic check deposit from your place of business. Available to US entities only.

☐ **Merchant Services.** Enables payment processing of debit and credit cards. Available to US entities only.

☐ **Cash Services.** Armored Car Cash Pick- Up and Delivery to one of our branches. Available to US entities only.

☒ **Interaudi Mastercard® Debit Card**

☒ **Interaudi Visa® Corporate Credit Card**

## CHECKBOOK ORDER

| Check Style: | | |
|---|---|---|
| ☐ Regular (80/order) | ☐ Executive (long, 50/order) | ☐ Three to a Page Executive (w/ stub, 250/order) |
| ☐ Computer Checks:  Software: _____ | | Printer Feed Orientation: _____ |

| Business/Office Address on Check: | Quantity: | | | Check Color: | | | |
|---|---|---|---|---|---|---|---|
| ☐ Yes    ☐ No Address on Checks | ☐ 1 order | ☐ 2 orders | ☐ 3 orders | ☐ Blue | ☐ Yellow | ☐ Green | ☐ Tan |

| Check Copies: | Other: | | |
|---|---|---|---|
| ☐ Single    ☐ Duplicate (Carbon Copy) | ☐ Deposit Slips | ☐ Endorsement Stamp | ☐ Value Pack (Checkbook, Deposit Slips, & Stamp) |

| Mail To: |
|---|
| ☐ NY Branch    ☐ Miami Branch    ☐ Mailing Address    ☐ Other: _____ |

**CERTIFICATION OF FORM W-9:** For U.S. residents only.
Under penalties of perjury, I/we certify that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person.
4. The FATCA code entered on this form (if any) indicating that the payee is exempt from FATCA reporting is correct.
Definition of a U.S. person: For federal tax purposes, you are considered a U.S. person if you are: An individual who is a U.S. citizen or U.S. resident alien, A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, An estate (other than a foreign estate), or A domestic trust (as defined in Regulations section 301.7701-7)

**Certification instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

**DECLARATION OF OWNERSHIP**
The signatories hereby declare that the beneficial owners of the entity and account with Interaudi Bank (the Bank) is as described above or as disclosed to the Bank. The undersigned undertakes to inform the Bank immediately of any changes in the beneficial ownership of this entity and/or this account.

**ACCOUNT OPENING**
I/We, the undersigned, request Interaudi Bank ("Bank") to open an account to be governed by the Non-Personal Account Agreement & General Terms and Conditions provided herewith and made a part hereof, which I/We have READ and by which I/We AGREE to be bound. I/We shall maintain this account in compliance with Federal and State Laws and the Bank's publications regarding same, as amended by the Bank from time to time, which are made available at the Bank. I/We have received all relevant disclosures.

Statements, notices, checks, and any other communications from the Bank may be mailed to me/us by first-class regular mail to the address stated on this form, via email if enrolled in Online Banking Services, or such other address as I/we designate at any time hereafter by contacting the Bank.

In the event of any dispute or legal proceeding regarding this account, including but not limited to the collection of overdraft payments made by the Bank or on my/our behalf, I/we agree to reimburse the Bank for all reasonable costs and attorney's fees.

Transactions restricted by the Unlawful Internet Gambling Enforcement Act of 2006 (UIGEA) are prohibited from being processed through this commercial account.  In accordance with UIGEA and Regulation GG, I/we certify that this account will not be used for Internet gambling of any kind,

INTERAUDI_000003

Docusign Envelope ID: 102EA464-CD76-4974-8689-974E8F8EAFAD

even if it is believed to be lawful.  I/We agree to notify Interaudi Bank if the account is ever used in such manner and to hold Interaudi Bank harmless from any actions that may arise from illegal use of the account or services. I/We certify that all information provided on this form is true and correct, including the above IRS Form W-9 certification.

If I/we have opted to enroll in Online Banking, my/our signature(s) below confirms that I/we have READ and AGREE to all Online Banking provisions stated in the "Account Agreement & General Terms and Conditions" and the E-Sign Consent to Use Electronic Signatures and Records.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

1. _____            Eva Proios                    11/6/2024 | 2:57 PM EST
       Signature                          Name of Account Holder/Authorized Signatory              Date

2. _____            Jorge Proios                   11/7/2024 | 3:13 PM EST
       Signature                          Name of Account Holder/Authorized Signatory              Date

3. _____            _____            _____
       Signature                          Name of Account Holder/Authorized Signatory              Date

4. _____            _____            _____
       Signature                          Name of Account Holder/Authorized Signatory              Date

5. _____            _____            _____
       Signature                          Name of Account Holder/Authorized Signatory              Date

6. _____            _____            _____
       Signature                          Name of Account Holder/Authorized Signatory              Date

7. _____            _____            _____
       Signature                          Name of Account Holder/Authorized Signatory              Date

8. _____            _____            _____
       Signature                          Name of Account Holder/Authorized Signatory              Date

INTERAUDI_000004

**DocuSign**

## Certificate Of Completion

Envelope Id: 102EA464CD7649748689974E8F8EAFAD

Subject: Please DocuSign: Business Account Opening - Axion

Source Envelope:

Document Pages: 76

Certificate Pages: 5

AutoNav: Enabled

EnvelopeId Stamping: Enabled

Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Signatures: 11

Initials: 7

Status: Completed

Envelope Originator:

Michael Audi

19 E 54th St

New York, NY  10022

maudi@interaudibank.com

IP Address: 160.72.39.193

## Record Tracking

Status: Original

    11/6/2024 | 01:32 PM

Holder: Michael Audi

    maudi@interaudibank.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Eva Proios<br>eva@proios.com<br>Security Level: Email, Account Authentication<br>(None) | Firmado por:<br>E3E1DA99EF174DE...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 190.210.127.84 | Sent: 11/6/2024 | 01:37 PM<br>Viewed: 11/6/2024 | 01:59 PM<br>Signed: 11/6/2024 | 02:57 PM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 11/6/2024 | 01:59 PM<br>  ID: c9eff84d-20c5-4c1e-bdff-f9c48dbf3c85 | | |
| Jorge Proios<br>jorge@proios.com<br>Security Level: Email, Account Authentication<br>(None) | Signed by:<br>D8CBBB8980CD4A1...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 186.139.226.139<br>Signed using mobile | Sent: 11/6/2024 | 02:57 PM<br>Viewed: 11/7/2024 | 03:12 PM<br>Signed: 11/7/2024 | 03:13 PM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 11/7/2024 | 03:12 PM<br>  ID: b5527aed-d276-4874-be0f-b03b9c04bb6b | | |
| Michael Audi<br>maudi@interaudibank.com<br>Interaudi Bank<br>Security Level: Email, Account Authentication<br>(None) | DS<br>M.A<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 144.121.119.130 | Sent: 11/7/2024 | 03:14 PM<br>Viewed: 11/7/2024 | 10:30 PM<br>Signed: 11/12/2024 | 10:56 AM |
| **Electronic Record and Signature Disclosure:**<br>  Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

INTERAUDI_000005

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/6/2024 \| 01:37 PM |
| Certified Delivered | Security Checked | 11/7/2024 \| 10:30 PM |
| Signing Complete | Security Checked | 11/12/2024 \| 10:56 AM |
| Completed | Security Checked | 11/12/2024 \| 10:56 AM |

| Payment Events | Status | Timestamps |
|---|---|---|
| Electronic Record and Signature Disclosure | | |

INTERAUDI_000006

Electronic Record and Signature Disclosure created on: 3/10/2016 | 02:59 PM
Parties agreed to: Eva Proios, Jorge Proios

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Interaudi Bank (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

INTERAUDI_000007

**How to contact Interaudi Bank:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: mduke@interaudibank.com


**To advise Interaudi Bank of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at mduke@interaudibank.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Interaudi Bank**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to mduke@interaudibank.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Interaudi Bank**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to mduke@interaudibank.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..


**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

INTERAUDI_000008

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Interaudi Bank as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Interaudi Bank during the course of my relationship with you.

INTERAUDI_000009

**Axion Ship Management Llc (Bz) 1.624k USD iON**

## Summary

| | |
|---|---|
| **P Number:** PS0010695711 | **Salesforce Id:** a37Vm000003tEQPIA2 |
| **Transfer Summary**<br>USD 1,624.00<br>Purpose (Client): A19210<br>Purpose (Mktg): materials<br>FEE:$15.00 | **Beneficiary Account Summary**<br>PERENNE S.A.<br>Acct # ▮▮▮▮▮▮▮  Redacting banking details.<br>Piedras 530<br>Montevideo 11000<br>Uruguay |
| **Originator Account Summary**<br>Axion Ship Management Llc (Bz)<br>750015-401-001-002-01 (USD Checking)<br> Balance: USD 40,776.03<br>SF Live Balance: USD 14,127.03<br>Belize;Argentina; | **Beneficiary Bank Summary**<br>Banco Santander SA<br>Montevideo, Uruguay<br>SWIFT: ▮▮▮▮▮▮▮ |
| **Originator Bank Summary**<br>Interaudi Bank | |

## Compliance Screening

| | | | |
|---|---|---|---|
| **Screening Status Code** | 1000000000 | **Screening Status Description** | No matches found |
| **DT Sent for Sanctions Screening** | 2025-01-17 20:30:45 | **DT Cleared** | 2025-01-17 21:04:17 |
| **DT Sanctions Screening Completed** | 2025-01-17 21:03:59 | **DT Rejected** | |

## OCEAN Screening

| | | | |
|---|---|---|---|
| **OCEANS Reference Number** | 0010695711 | **RFB** | |
| **CHARGEBNF** | 1.0 | **ORGACC** | 75001540100100201 |
| **RECEIVNAM** | Banco Santander SA | **ORG** | Axion Ship Managemen t Llc (Bz) |
| **SENDERNAM** | Axion Ship Managem | **IBK** | |
| **ORG1** | 3 1/2 Miles Philip S.W. Goldson Hi | **IBK1** | |
| **ORG2** | ghway Belize City BZ | **IBK2** | |
| **ORG3** | | **IBK3** | |

## Bankmate Tags

| | | | |
|---|---|---|---|
| **BMTAG 20 (SWIFT)** | PS0010695711 | **BMTAG 3320 (FED)** | |

| BMTAG 57n (SWIFT) | ███████ | BMTAG 3400 (FED) | |
| | Banco Santander SA 1365, Julio Herrera y Obes Montevideo UY | | |
| BMTAG 50 (SWIFT) | 75001540100100201 Axion Ship Managemen t Llc (Bz) 3 1/2 Miles Philip S.W. Goldson Highway Belize City BZ | BMTAG 4000 (FED) | |
| BMTAG 59 (SWIFT) | ███████ PERENNE S.A. Piedras 530 Montevide o, UY 11000 | BMTAG 4100 (FED) | ███████ Banco Santander SA 1365, Julio Herrera y Obes Montevideo UY |
| BMTAG 70 (SWIFT) | | BMTAG 4200 (FED) | ███████ PERENNE S.A. Piedras 530 Montevide o, UY 11000 |
| BMTAG 72 (SWIFT) | | BMTAG 5000 (FED) | 75001540100100201 Axion Ship Managemen t Llc (Bz) 3 1/2 Miles Philip S.W. Goldson Highway Belize City BZ |
| BMTAG 32A (SWIFT) | 250117USD1624 | BMTAG 6000 (FED) | |
| BMTAG Receiver (SWIFT) | BSCHUYMMXXX | BMTAG 6500 (FED) | ███████ PERENNE S.A. A19210 |

## Approvals

| | Date/Time | | By |
|---|---|---|---|
| Created | 2025-01-17 20:06:08 | | |
| Submitted | 2025-01-17 20:07:29 | | Automated Services |
| Confirmed | | | |
| Compliance Approval | 2025-01-17 20:23:34 | | Sarali Borges |
| Assistant Approval | 2025-01-17 20:29:20 | | David Montoya |
| 1st Approval | | | |
| CS Officer Approval | | | |
| Manager Approval | | | |
| IRA Approval | | | |
| Products Approval | | | |
| FX Desk Approval | | | |

| | | |
|---|---|---|
| **Moved to PnR** | 2025-01-17 21:04:17 | |
| **Reg E Pre-Payment Disclosure At** | | |
| **Reg E Receipt Sent At** | | |
| **Entered Reg E Queue** | | |
| **Removed From Reg E Queue** | | |
| **Payment Entered** | 2025-01-17 22:26:05 | Auto Batched |
| **Initial Verification** | 2025-01-17 21:04:17 | Automated Services |
| **Final Verification** | 2025-01-17 22:23:09 | John Beauchamp |
| **FX Cash Withdrawal Confirmed** | | |
| **Withdrawal Form Sent** | | |
| **Withdrawal Form Sent Non Client** | | |
| **Cancelled At** | | |

INTERAUDI_000012

# TRANSAMERICA SHIP SUPPLIERS

**FRESH PROVISIONS / DECK AND ENGINE STORES / IMPORT EXPORT**
SPECIALIST IN FRESH, FROZEN AND DRY PRODUCTS FOR CRUISESHIPS AND NAVY
VESSELS, MARINE REPAIRS, HANDLING OF AIR AND SEA PARCELS IN TRANSIT FOR SHIPS

Montevideo, 26 de Noviembre, 2024

Messrs.
**PROIOS S.A.**
Carlos Pellegrini 651 piso 7
Buenos Aires
ARGENTINA

REF.: M/V "AS STINE" – Materiales entregados en Puerto de
Montevideo el 26 de Noviembre, 2024.-

## ESTADO DE CUENTA

| PO Number | Invoice N/C | Date | Amount U$S |
|---|---|---|---|
| STORES | A19210 | 21/November/24 | 1.624,00 |
| | | **TOTAL U$S** | **1.624,00** |

*SON: DOLARES AMERICANOS UN MIL SEISCIENTOS VEINTICUATRO CON 00/100.-*

PERENNE S.A.
Main Office: Piedras 530 Montevideo 11000 - Uruguay
Phones: + 598 29157440*/ Fax: + 598 29155144
Email: tss@internet.com.uy / Web: www.transamerica.com.uy




INTERAUDI_000013

# EXHIBIT "D"

**ADLER, YAAKOV**

| | |
|---|---|
| **From:** | ADLER, YAAKOV |
| **Sent:** | Wednesday, August 6, 2025 6:45 PM |
| **To:** | J. Stephen Simms |
| **Cc:** | Gary C. Murphy; Catherine M. Benson; Debra M. Hnat; GUTOWSKI, PETER |
| **Subject:** | Re: Proios / En May |

Steve,

Instead of speaking in generalities, why don't you specifically state what in the Court's order or in Rule 7.7 my request runs afoul of?

Appreciate it.

Yaakov

Yaakov Adler
Freehill Hogan & Mahar LLP
80 Pine Street, 25th Floor
New York, New York 10005-1759
T: (212) 425-1900 | D:  (212) 381-3026
F: (212) 425-1901  | M: (832) 236-6109


On Aug 6, 2025, at 6:24 PM, J. Stephen Simms <jssimms@simmsshowers.com> wrote:


Yaakov, Thanks, again, Proios has complied with the Court's Order.

Proios will respond further, to any En May motion, which again Prios encourages En May to first consider alongside of the Court's Order before En May makes any motion.

En May in particular should carefully consider SDFLA LR 7.7.

Best Regards, Steve
**J. Stephen Simms** | **SIMMS SHOWERS LLP**
D: +1 443-290-8704| M: +1 410-365-6131
jssimms@simmsshowers.com | www.simmsshowers.com

**From:** ADLER, YAAKOV <Adler@FREEHILL.COM>
**Sent:** Wednesday, August 6, 2025 6:05 PM
**To:** J. Stephen Simms <jssimms@simmsshowers.com>
**Cc:** Gary C. Murphy <gcmurphy@simmsshowers.com>; Catherine M. Benson
<cmbenson@simmsshowers.com>; Debra M. Hnat <dhnat@simmsshowers.com>; GUTOWSKI, PETER
<GUTOWSKI@FREEHILL.COM>
**Subject:** RE: Proios / En May

Steve,

1

I don't believe the Court's Order precluded us from asking questions based on the information/documents Proios submitted in response to the Court's Order, which raise some serious concerns. Do I read your email correctly as a blanket refusal to provide the information requested?

As an aside, please note I have reinserted in the below chain the emails to which yours below responds so we can have a complete single record for the Court. Please keep your responses in this email chain so as to avoid having to bog the Judge down with multiple email exhibits.

Yaakov

**YAAKOV U. ADLER | FREEHILL HOGAN & MAHAR LLP**
80 Pine Street, 25th Floor, New York, N.Y. 10005-1759
Tel: 212-425-1900 | Direct: 212-381-3026
Cell: 832-236-6109 | Fax: 212-425-1901

---

**From:** J. Stephen Simms <jssimms@simmsshowers.com>
**Sent:** Wednesday, August 6, 2025 4:21 PM
**To:** ADLER, YAAKOV <Adler@FREEHILL.COM>
**Cc:** Gary C. Murphy <gcmurphy@simmsshowers.com>; Catherine M. Benson <cmbenson@simmsshowers.com>; Debra M. Hnat <dhnat@simmsshowers.com>; GUTOWSKI, PETER <GUTOWSKI@FREEHILL.COM>
**Subject:** Proios / En May

Yaakov, Thanks for yours.

Proios complied with the Court's Order.

Proios encourages the En May side to consider the Court's Order again before making any motion.

Proios is still open to releasing the counter-security that En May was required to post in the London arbitration, including in exchange for reduction of the remaining security amount Proios is to post. If this is something that En May would consider please let us know for Proios.

Best Regards, Steve
**J. Stephen Simms | SIMMS SHOWERS LLP**
D: +1 443-290-8704| M: +1 410-365-6131
jssimms@simmsshowers.com | www.simmsshowers.com

**From:** ADLER, YAAKOV
**Sent:** Wednesday, August 6, 2025 9:26 AM
**To:** 'J. Stephen Simms' <jssimms@simmsshowers.com>
**Cc:** 'Gary C. Murphy' <gcmurphy@simmsshowers.com>; 'Catherine M. Benson' <cmbenson@simmsshowers.com>; 'Debra M. Hnat' <dhnat@simmsshowers.com>; GUTOWSKI, PETER <GUTOWSKI@FREEHILL.COM>
**Subject:** RE: Proios / En May

Steve,

2

We have received no response to my email below. Please advise when we can expect to receive documents/information responsive to our requests below. If Proios will not comply with our requests, please let us know by close of business today so we can make an application to the Court.

Best,
Yaakov

**Yaakov U. Adler | Freehill Hogan & Mahar LLP**
80 Pine Street, 25th Floor, New York, N.Y. 10005-1759
Tel: 212-425-1900 | Direct: 212-381-3026
Cell: 832-236-6109 | Fax: 212-425-1901

**From:** ADLER, YAAKOV
**Sent:** Thursday, July 31, 2025 4:46 PM
**To:** 'J. Stephen Simms' <jssimms@simmsshowers.com>
**Cc:** Gary C. Murphy <gcmurphy@simmsshowers.com>; Catherine M. Benson <cmbenson@simmsshowers.com>; Debra M. Hnat <dhnat@simmsshowers.com>; GUTOWSKI, PETER <GUTOWSKI@FREEHILL.COM>
**Subject:** RE: Proios / En May

Steve,

We have reviewed Proios's recent filing in response to the Court's Order (Dkt. 51). In the Order, the Court directed Proios as follows:

> Proios must tell us what steps it's taken to deposit the remaining funds. It must attach as exhibits any communication it's had with Argentine foreign exchange authorities about the funds (*e.g.*, emails, call logs). If there's any communication Proios can't produce, it must attach an affidavit to explain the missing communication. By the same date, Proios must tell us whether it has any other "assets, accounts receivable, or bank accounts" in the United States or anywhere else that could be used to cover its remaining obligation to En May. *Ibid.* That includes any Axion accounts or any accounts controlled by Jorge or Eva Proios themselves. Finally, Proios must explain why "an additional 90 days minimum" is necessary to release the funds.

In response, Proios submitted a declaration from Eva Proios with two exhibits, Exhibit A purporting to be "the FX regulation of the Central Bank of Argentina (BCRA)" and Exhibit B purporting to be "communications that Proios has had with Argentine foreign exchange authorities about the funds (e.g., emails, call logs)."

You have produced in Exhibit B what appear to be two separate incomplete emails chains, the first chain includes emails exchanged between Proios and the underwriter Chubb from December 2-4, 2024. The second chain includes exchanges between Proios and Banco Macro SA from December 3 – July 21, 2025.

The discussions with Chubb relate to Proios's request to Chubb in December 2024 for issuance of a guarantee / bond to obtain release of the attachment. These communications occurred entirely *before* Proios stipulated to deposit the $200K into the Court's registry in Florida. They do not evidence any effort to contact foreign exchange authorities/BCRA to authorize release of $200K in response to the parties' stipulation or the Court's Order. Indeed, reliance on these communications to establish knowledge of an inability to deposit the funds as agreed/ordered as of December 2024 suggests the

3

stipulation, which required the money to be deposited within a matter of days, was not entered into by Proios in good faith.

The email chain with Banco Macro consists of 3 emails.  The first, on April 25, 2025, is an email from Eva Proios to Cecilia Tasca at Banco Macro, in which Proios asks in perfunctory fashion whether a transfer can be made to satisfy the Court's Order and then – without receiving a response – suggests that the Court be told it can't be done without going through the Bank's controls due to BCRA regulations. Then Proios provides a draft of what appears to have ultimately become the Tasca Declaration that was submitted to the Court. It appears emails have been cut out because there is no response to this email produced.

The next email in the chain is from the Bank to Proios on July 21, 2025. In that email, the Bank advises that there is nothing specific in the BCRA that regulates this type of payment, but that prior approval should nonetheless be sought from BCRA, that an application can be filed and this costs USD 250, that once submitted a file number will be assigned, etc. That the bank is providing this information on July 21 indicates that no application had been filed with BCRA as of that date.

The next email in the chain is a response from Proios to the bank on July 21 in which Proios states that it cannot make the payment for "economic reasons" (as opposed to for reasons of foreign exchange controls) and, again, suggests that the Court simply be told there are BCRA regulations "in order to demonstrate that the restrictions on companies have not been lifted."

To be clear, no emails have been produced between Proios and BCRA/any foreign exchange authority demonstrating any effort to comply with the Court's Order.

Accordingly:

1.  Please produce complete copies of the email chains included within Exhibit B (both appear to be excerpted from longer email chains) and produce any and all attachments contained therein (the emails refer to attachments that have not been produced).
    1.  Parts of this email chain have been redacted as supposedly privileged, but the email was shared with a third party (i.e., Banco Macro) and thus any privilege has been waived. This and any other responsive emails should be produced in full, unredacted format.
2.  Please produce copies of any correspondence between Proios or anyone acting on its behalf and the Argentine foreign exchange authorities / BCRA in relation to compliance with the Court's Order or confirm that no such communications were made.
    1.  This response should include a complete copy of any submission made to BCRA in relation to this matter, the file number associated with that request, any follow-up requests made by or to BCRA, and the results of the application.
3.  Please produce all bank statements and any logs for transfers into or out of the BNA bank account in Miami from January 1, 2024 to the present.
4.  Please produce all bank statements and any logs for transfers into or out of the Mercury bank account from January 1, 2024 to the present.
5.  Please identify all bank accounts presently held by or on behalf (or for the receipt of funds designated for the benefit of) the following entities: Proios, S.A., Axion Management Ship LLC, Axion Ship Management LLC, or AXIO Ship Management LLC.
    1.  Please specifically indicate the bank account from which the deposit into the Court's registry on 5/2/2025 in the amount of $ 25,000.00 originated (we understand that the funds were transferred from counsel's account to the bank and would like to know the account from which they originated prior to that transfer).

6.  Please produce all bank statements, accounts receivable reports, general ledgers, profit and loss statements, cash flow statements, sales registers, contracts, purchase orders or the like (including any amendments thereto relating to payments thereunder), invoices, audit reports, and the like for Proios, S.A., Axion Management Ship LLC, Axion Ship Management LLC, or AXIO Ship Management LLC.

7.  Please produce all documents concerning any receivables, expected payments, or other inflows of funds to Proios or any person or entity for the benefit of Proios (including Jorge Proios, his wife, or Eva Proios) that are anticipated within the next 180 days, including:

    1.  Monies due under contracts;
    2.  Charter hire or freight payments;
    3.  Insurance proceeds;
    4.  Tax refunds;
    5.  Intercompany transfers or loan repayments; and
    6.  Disbursements from trust or escrow accounts.

8.  Please produce any intercompany loan agreements, capital contributions, or records of cash or asset transfers between Proios, S.A., Axion Management Ship LLC, Axion Ship Management LLC, or AXIO Ship Management LLC, any affiliated company or under common ownership or control, and any individual(s), including without limitation Jorge Proios or his wife, and/or Eva Proios for the period from January 1, 2024 to present.

9.  Please produce all records of outbound wire transfer requests or foreign currency exchange requests submitted to Banco Macro, BNA, or any other financial institution by or on behalf of Proios, S.A. from January 1, 2024 to present.

10. Please confirm whether Proios, S.A., Axion Management Ship LLC, Axion Ship Management LLC, or AXIO Ship Management LLC, any affiliated company or under common ownership or control, and any individual(s), including without limitation Jorge Proios or his wife, and/or Eva Proios, has or had access to credit lines, factoring facilities, or invoice financing arrangements since January 1, 2024, and produce documents sufficient to show the same.

We look forward to your prompt response to the above.

Thanks,
Yaakov

**Yaakov U. Adler | Freehill Hogan & Mahar LLP**
80 Pine Street, 25th Floor, New York, N.Y. 10005-1759
Tel: 212-425-1900 | Direct: 212-381-3026
Cell: 832-236-6109 | Fax: 212-425-1901

**From:** J. Stephen Simms <jssimms@simmsshowers.com>
**Sent:** Thursday, July 10, 2025 1:48 PM
**To:** ADLER, YAAKOV <Adler@FREEHILL.COM>
**Cc:** Gary C. Murphy <gcmurphy@simmsshowers.com>; Catherine M. Benson <cmbenson@simmsshowers.com>; Debra M. Hnat <dhnat@simmsshowers.com>; GUTOWSKI, PETER <GUTOWSKI@FREEHILL.COM>; Arthur D. Middlemiss <Arthur.Middlemiss@LBKMLAW.COM>
**Subject:** Proios / En May

Yaakov, Thanks – and you can confirm this with Arthur – in copy – InterAudi closed the account after the garnishment.

Best Regards, Steve
**J. Stephen Simms | Simms Showers LLP**
D: +1 443-290-8704| M: +1 410-365-6131

jssimms@simmsshowers.com | www.simmsshowers.com

**From:** ADLER, YAAKOV <Adler@FREEHILL.COM>
**Sent:** Thursday, July 10, 2025 1:41 PM
**To:** J. Stephen Simms <jssimms@simmsshowers.com>
**Cc:** Gary C. Murphy <gcmurphy@simmsshowers.com>; Catherine M. Benson
<cmbenson@simmsshowers.com>; Debra M. Hnat <dhnat@simmsshowers.com>; GUTOWSKI, PETER
<GUTOWSKI@FREEHILL.COM>
**Subject:** RE: Proios / En May - Motion for Extension to/including Friday October 10th for further Proios
Deposit - Please let us know today if unopposed

Steve,

The basis for our agreement to lift the Rule B attachment was Proios's agreement to place the money
into the Court's registry.  Proios never advised that they would need an indefinite period of time within
which to comply with the parties' agreement and the Court's Order.  The basis for the continued delay is
the supposed inability to move money out of Argentina due to export controls. If Proios has (or since the
parties' agreement had) funds in the United States already that would have been subject to the
attachment (or if funds are moving through Proios's U.S. bank accounts) – and given the documents
produced by the bank we have reason to believe they did and do – those funds should be placed into
the Court's registry to satisfy the parties' agreement.  I see no basis for the continued indefinite delay in
complying with the parties' agreement and the Court's Order or the refusal to provide this basic
information needed to assess whether Proios is complying with both the letter and the spirit of the
agreement and the Court's Order.

Yaakov

**YAAKOV U. ADLER | FREEHILL HOGAN & MAHAR LLP**
80 Pine Street, 25th Floor, New York, N.Y. 10005-1759
Tel: 212-425-1900 | Direct: 212-381-3026
Cell: 832-236-6109 | Fax: 212-425-1901

**From:** J. Stephen Simms <jssimms@simmsshowers.com>
**Sent:** Thursday, July 10, 2025 1:16 PM
**To:** ADLER, YAAKOV <Adler@FREEHILL.COM>
**Cc:** Gary C. Murphy <gcmurphy@simmsshowers.com>; Catherine M. Benson
<cmbenson@simmsshowers.com>; Debra M. Hnat <dhnat@simmsshowers.com>; GUTOWSKI, PETER
<GUTOWSKI@FREEHILL.COM>
**Subject:** Proios / En May - Motion for Extension to/including Friday October 10th for further Proios
Deposit - Please let us know today if unopposed

Yaakov, please see attached motion and affidavits, for filing today – Proios requesting extension
to/including October 10th to make the further Proios Deposit.

Proios takes it that En May opposes the motion and so that's what the consultation certificate states, but,
if there's not opposition please let us know before 4P today.

As far as money moving through U.S. accounts, please let us know where the Court has ordered that
Proios respond to En May about that.  Please though also note the Proios affidavit, attached, para. 4, and
the Macro Bank affidavit.

Best Regards, Steve
**J. Stephen Simms** | **Simms Showers LLP**
D: +1 443-290-8704| M: +1 410-365-6131
jssimms@simmsshowers.com | www.simmsshowers.com

---

------------------------------------------------
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

---

------------------------------------------------
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

---