## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### IN ADMIRALTY

### CASE NO. 24-cv-23417-ALTMAN

**EN MAY MARITIME, LLC**,

    *Plaintiff,*

*v.*

**PROIOS S.A.**,

    *Defendant.*

_____/

### ORDER REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE

Pursuant to Federal Rule of Civil Procedure 72, 28 U.S.C. § 636, and this District's Magistrate Judge Rules, we hereby **REFER** this matter to United States Magistrate Judge Enjoliqué A. Lett for a ruling on the Plaintiff's Motion to Compel [ECF No. 57].

Should the parties have any questions regarding the resolution of this motion, counsel should contact the chambers of Magistrate Judge Lett at (305) 523-5920.

**DONE AND ORDERED** in the Southern District of Florida on August 12, 2025.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record