UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

EN MAY MARITIME LLC,                        Case No. 24-cv-23417-RKA

     Plaintiff,

- against –

PROIOS S.A.,

     Defendant.

_____/

**PROIOS' MOTION FOR EXTENSION TO/INCLUDING
FRIDAY, OCTOBER 17, 2025 FOR PROIOS S.A. TO DEPOSIT
FURTHER FUNDS WITH THE REGISTRY OF THE COURT**

     Proios S.A. ("Proios")[1] further moves pursuant to Fed. R. Civ. P. 6(b), and Local Rule

7.1(a)(1)(J),[2] and this Court's July 18, 2025 (Dkt. 51) Order[3] for an Order extending to/including

---

[1]    Proios restricts its appearance pursuant to Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule") E(8) to defend against En May's admiralty and maritime claim with respect to which there has issued process *in rem*, or process of attachment and garnishment, and expressly restricts its appearance to the defense of such claim.

[2]    Local Rule 7.1(a)(1)(J) states as follows:

    a) Filing.

    (1)) Every motion when filed and served shall incorporate a memorandum of law citing supporting authorities, except that the following motions need not incorporate a memorandum:

                          * * *

    (J) motion for extensions of time providing the good cause supporting it is set forth in the motion [.]

Proios' motion here sets forth good cause, namely, Argentine government U.S. dollar exchange restrictions which have delayed Proios' ability to deposit the Proios Amount.

[3]    This Court's Order states in pertinent part:

- 1 -

Friday, October 17, 2025, for Proios to deposit into the Court's Registry the final $175,023.97 to the Court's Registry (there being already, principal of $1,669,403.01 held in this Court's Registry in favor of En May) and in further support of this motion states as follows:

1.     <u>**$1,669,403.01 Principal Presently Deposited in this Court's Registry, in Security of En May's London maritime arbitration claims**</u>:  In context, presently before application of interest, there is principal of One Million Six Hundred Forty-Four Thousand Four Hundred and Three United States Dollars and One Cent ($1,669,403.01) already on deposit in the Registry of the Court, in favor of En May and in security of En May's London maritime arbitration against Proios.

2.     <u>**London maritime arbitration unlikely to conclude until end Q1 2026 Earliest**</u>: The London maritime arbitration continues to be in progress with no soon (eg, before the end of the first quarter, 2026 at the very earliest) likely conclusion date.

3.     <u>**Request for Extension of Time to Deposit the Remaining $175,023.97 for deposit**</u>:  Proios repeats and incorporates here, Proios' Response (Dkt. 52, July 22, 2025) to this Court's Order (Dkt. 51) and Proios' immediately previous extension request, Dkt. 48 (July 10, 2025).

4.     As Proios has presented to this Court, including through the Affidavits of Eva Proios, Proios, located in Argentina, is subject to strict Argentina government controls and reporting concerning the payment of United States Dollar funds out of Argentina.  Although certain restrictions have been eased, critical restrictions remain in place including that legal persons (i.e.,

---

PAPERLESS OMNIBUS ORDER. The [50] Motion for Reconsideration (the "Motion") is GRANTED in part. Proios shall deposit the Proios Amount with the Registry of this Court by September 17, 2025. And, as we've already ordered, if "Proios anticipates needing another extension, it must request it at least thirty days before the deadline." Paperless Order Granting Extension [ECF No. 49].

companies) remain unable to purchase foreign currency in the Official FX Market for treasury or other non-operational purposes.

5.      The further Affidavit of Eva Proios, **Exhibit A hereto** ("Proios Aff.") confirms that although Proios has continued to apply through its bank, Macro Bank, BNA for the conversion and clearance subject to Argentina bank regulation administered by the BCRA (Banco Central de la Republica), of a United States Dollar wire of the remaining $175,023.97 deposit, the BCRA still has not approved that conversion and clearance.  There must be BCRA clearance, and conversion into United States Dollars before Proios can make the remaining $175,023.97 deposit with this Court.  Proios Aff. ¶ 4.

6.      Further as set out in the Proios Aff. ¶ 5, because of the continual BCRA delays it is uncertain when the BCRA will permit clearance, and conversion into United States Dollars so that Proios then can complete the remaining $175,023.97 deposit with this Court.

7.      Proios therefore requires further, additional time to comply with Argentina government controls and reporting to access the Proios Amount in United States Dollar funds for deposit with this Court's Registry. Proios Aff., ¶ 6.

8.      Proios therefore requests that this Court grant Proios to and including Friday, October 17, 2025 the time to complete the remaining $175,023.97 deposit with this Court, with Proios further reporting to this Court on or before Wednesday, September 17, 2025 (30 days before Friday, October 17, 2025) if Proios needs to further extend the deposit date from October 17, 2025.

9.      Having shown good cause for this motion, Proios therefore respectfully requests this Court to extend to and including Friday, October 17, 2025, the time for Proios to complete the deposit of the Proios Amount with this Court's Registry.

WHEREFORE, Proios respectfully requests this Court to grant this motion and herewith files a draft order.

## **Local Rule 7.1(a)(3) Certification**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion and been unable to do so.

Dated: August 15, 2025

Respectfully Submitted,

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Phone: (305) 663-0177
Facsimile: (305) 663-0146

BY:   //S//Jonathan S. Cooper, Esq.
Jonathan S. Cooper, Esq.
Florida Bar Number: 99376
Email: jcooper@shiplawusa.com

Robert W. Blanck, Esq.
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com

/s/  J. Stephen Simms
J. Stephen Simms
(*pro hac vice*)
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Telephone:    (410) 783-5795
Facsimile:     (410) 510-1789
jssimms@simmsshowers.com

Counsel for Proios S.A.

## **CERTIFICATE OF SERVICE**

I certify that on August 15, 2025 I caused the foregoing Unopposed Motion and draft order to be filed on this Court's CM/ECF system for service on all counsel of record.

/s/  J. Stephen Simms