UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

EN MAY MARITIME LLC,　　　　　　　　　Case No. 24-cv-23417-RKA

　　　Plaintiff,

- against –

PROIOS S.A.,

　　　Defendant.
_____/

**AFFIDAVIT OF EVA PROIOS**

I, Eva Proios, hereby affirm as follows:

1.　　I am Operations Manager for Proios S.A. ("Proios") Defendant in this action. I have held this position at all times relevant hereto and have personal knowledge of all facts stated herein. I could and would testify competently thereto if called upon as a witness.

2.　　This affidavit is based on my personal knowledge and on records maintained by Proios in the ordinary course of business.

3.　　I affirm that my prior affidavits including of July 9, 2025 and July 22, 2025 submitted to the Court, continue to be true, and I incorporate those prior affidavits to this further affidavit.

4.　　Although Proios has continued to apply through its bank, Macro Bank, BNA for the conversion and clearance subject to Argentina bank regulation administered by the BCRA (Banco Central de la Republica), of a United States Dollar wire of the remaining $175,023.97 deposit, the BCRA still has not approved that conversion and clearance.  There must be BCRA



clearance, and conversion into United States Dollars before Proios can make the remaining $175,023.97 deposit with this Court.

5. Because of the continual BCRA delays it is uncertain when the BCRA will permit clearance, and conversion into United States Dollars so that Proios then can complete the remaining $175,023.97 deposit with this Court.

6. Proios therefore requires further, additional time to comply with Argentina government controls and reporting to access the remaining $175,023.97 in United States Dollar funds for deposit with this Court's Registry.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE INFORMATION AND BELIEF.

Executed on this 15th of August 2025 in Buenos Aires, Argentina

_____
Eva Proios
Operations Manager, Proios, S.A.