UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

EN MAY MARITIME LLC,                    Case No. 24-cv-23417-RKA

    Plaintiff,

- against –

PROIOS S.A.,

    Defendant.

_____/

**UNOPPOSED MOTION TO ATTEND THE AUGUST 21, 2025
STATUS CONFERENCE BY ZOOM**

Defendant Proios S.A. ("Proios") moves for this Court to permit all counsel to attend the August 21, 2025 status conference [DE 60] by remote means. Proios, by counsel, has consulted with Plaintiff En May Maritime LLC ("En May"), by counsel; En May agrees with and does not oppose this motion and, in support thereof, Proios respectfully states as follows:

1. Pursuant to the Order Scheduling Status Conferences [DE 60], a status conference is scheduled to take place on August 21, 2025 at 3:30 p.m.

2. J. Stephen Simms, Esq., lead counsel admitted *pro hac vice*, representing Proios resides in Maryland.

3. Jonathan S. Cooper, Esq., local counsel representing Proios, is scheduled to hold a deposition on August 21, 2025 and Zoom attendance will enable him to break and attend the status conference.

4. Proios asserts that a good faith basis exists to allow for J. Stephen Simms and Jonathan S. Cooper to appear on its behalf for the status conference by Zoom as set out in the Court's Order.

5. Yaakov U. Adler, Esq., counsel admitted *pro hac* vice, representing En May, resides in New York.

6. Adam B. Cooke, Esq., local counsel representing En May, has previously scheduled to be out of the office on a personal matter on August 21, 2025, and thus will be unavailable to attend in person.

7. Good faith basis exists to allow for Yaakov U. Adler to appear on its behalf for the status conference by Zoom as set out in the Court's Order.

WHEREFORE, Defendant Proios S.A. and Plaintiff En May Maritime LLC respectfully jointly request the Court's permission for J. Stephen Simms and Yaakov U. Adler to appear on behalf of the parties for the status conference by Zoom as set out in the Court's Order [DE 60].

Dated:  August 20, 2025.

Respectfully Submitted,

| | |
|---|---|
| BLANCK & COOPER, P.A.<br>5730 S.W. 74th Street, Suite #700<br>Miami, Florida 33143<br>Phone: (305) 663-0177<br>Facsimile: (305) 663-0146<br><br>BY:   //s//Jonathan S. Cooper, Esq.<br>Jonathan S. Cooper, Esq.<br>Florida Bar Number: 99376<br>Email: jcooper@shiplawusa.com<br><br>BY:   //s// Robert W. Blanck, Esq.<br>Robert W. Blanck, Esq.<br>Florida Bar Number: 311367<br>Email: rblanck@shiplawusa.com | /s/  J. Stephen Simms<br>J. Stephen Simms (*pro hac vice*)<br>Simms Showers LLP<br>201 International Circle, Ste. 230<br>Baltimore, Maryland 21030<br>Telephone:     (410) 783-5795<br>Facsimile:     (410) 510-1789<br>jssimms@simmsshowers.com |

Counsel to Proios S.A.

## CERTIFICATE OF SERVICE

I certify that, on August 20, 2025, I caused the foregoing Unopposed Motion to be filed on this Court's CM/ECF system for service on all counsel of record.

/s/ J. Stephen Simms