UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 24-cv-23417-ALTMAN

EN MAY MARITIME, LLC,

    *Plaintiff*,

v.

PROIOS S.A.,

    *Defendant*.

_____/

### ORDER AFTER STATUS CONFERENCE

For the reasons discussed at the August 21, 2025, status conference and hearing, *see* Paperless Minutes Entry [ECF No. 63], we hereby **ORDER and ADJUDGE** as follows:

1. The Motion to Compel [ECF No. 57] **is GRANTED**. Proios must produce the requested documents and information **by September 11, 2025**.

2. The Motion for Extension [ECF No. 59] is **DENIED**. If Proios hasn't deposited the rest of the Proios Amount with the Registry of this Court **by September 17, 2025**, En May may move for sanctions.

3. The case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on August 22, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record